IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

SOJOURN CARE, INC. d/b/a )
SOJOURN CARE OF TULSA, a )
Delaware Corporation, )
            )
        Plaintiff, )
            )
v. )       Case No. 07-CV-375-GKF-PJC
            )
MICHAEL O. LEAVITT, Secretary of )
United States Department of )
Health and Human Services, )
            )
        Defendant. )

## DECLARATION

I, David Daucher, of lawful age, being first duly sworn, upon oath declare that:

1.    I am making the following statements based upon personal knowledge, unless stated otherwise.

2.    I am the Chief Executive Officer of Sojourn Care, Inc.

3.    Attached as Exhibit A is a true and correct print-out of a download from: http://www.cms.hhs.gov/MedicareFeeforSvcPartsAB/Downloades/HOSPICE05.pdf, a webpage on Medicare's website, http://www.cms.hhs.gov, on October 18, 2007.

4.    Sojourn Care received its license as a hospice provider in Tulsa, Oklahoma in August 2002. Since that time, Sojourn Care has served approximately 2,000 patients in Tulsa.

5.    Attached as Exhibit B are true and correct copies of correspondence received from Medicare concerning Sojourn Care's cap surpluses for fiscal years 2003 and 2004.

6.    For fiscal year 2005 (ended October 31, 2005), Sojourn Care served many patients first admitted in fiscal year 2004 and a few patients first admitted in fiscal year 2003. Medicare paid Sojourn Care for these services as rendered in fiscal year 2005. However,

because of the cap regulation which traps cap room in prior years, Sojourn Care received no cap allocation for these patients in fiscal year 2005.

7.      Attached as Exhibit C is a true and correct copy of Medicare's correspondence requesting Sojourn' Care's cost report for fiscal year 2005 and Sojourn Care's cost report for fiscal year 2005. The cost report for fiscal year 2005 shows that Sojourn Care took care of a total of 861 Medicare patients for a total of 112,747 Medicare days of service, yielding an average length of stay of 131 days.

I declare under penalty of perjury under the laws of the United States of America and the State of Oklahoma that the foregoing is true and correct and that I executed this declaration on October 25, 2007 in Washington D.C.

DAVID DAUCHER

**DECLARATION OF DAVID DAUCHER**

**EXHIBIT A**

3

## Medicare Hospice Utilization by State
### Calendar Year 2005

| | Total Patients | Total Reimbursement | Total Covered Days | Total Covered Hours | Total Covered Procedures | Average Reimbursement Per Patient | Average Days Per Patient |
|---|---|---|---|---|---|---|---|
| TOTAL | 865,916 | $7,848,872,435 | 57,984,391 | 5,089,661 | 1,130,055 | $9,064 | 67 |
| ALABAMA | 23,641 | $304,828,386 | 2,673,319 | 120,927 | 8,537 | $12,894 | 113 |
| ALASKA | 358 | $2,970,652 | 20,126 | 0 | 110 | $8,298 | 56 |
| ARIZONA | 25,447 | $261,835,218 | 1,937,677 | 19,502 | 48,732 | $11,075 | 76 |
| ARKANSAS | 8,675 | $79,996,772 | 691,623 | 19,495 | 6,848 | $9,221 | 80 |
| CALIFORNIA | 76,286 | $730,201,662 | 4,706,851 | 434,490 | 83,616 | $9,572 | 62 |
| COLORADO | 13,243 | $111,526,262 | 767,193 | 10,336 | 53,799 | $8,422 | 58 |
| CONNECTICUT | 8,117 | $65,658,802 | 327,385 | 11,238 | 13,290 | $8,089 | 40 |
| DELAWARE | 2,898 | $24,609,086 | 178,243 | 6,052 | 297 | $8,492 | 62 |
| DISTRICT OF COLUMBIA | 801 | $5,645,894 | 35,047 | 0 | 1,164 | $7,049 | 44 |
| FLORIDA | 82,934 | $883,400,483 | 5,536,174 | 2,331,247 | 316,367 | $10,652 | 67 |
| GEORGIA | 24,507 | $238,000,015 | 1,732,831 | 39,537 | 50,160 | $9,712 | 71 |
| HAWAII | 1,790 | $14,809,938 | 92,304 | 60 | 443 | $8,274 | 52 |
| IDAHO | 3,649 | $32,016,238 | 260,154 | 5,888 | 22,259 | $8,774 | 71 |
| ILLINOIS | 33,044 | $258,032,719 | 1,783,935 | 308,921 | 22,259 | $7,809 | 54 |
| INDIANA | 19,220 | $175,377,880 | 1,389,136 | 11,330 | 29,764 | $9,125 | 72 |
| IOWA | 12,250 | $84,681,950 | 707,069 | 5,971 | 8,392 | $6,913 | 58 |
| KANSAS | 8,720 | $72,687,514 | 587,577 | 12,690 | 6,235 | $8,333 | 67 |
| KENTUCKY | 11,069 | $83,780,377 | 654,953 | 19,048 | 16,688 | $7,569 | 59 |
| LOUISIANA | 13,300 | $110,063,547 | 895,979 | 21,936 | 10,419 | $8,275 | 67 |
| MAINE | 3,144 | $24,056,803 | 182,885 | 90 | 424 | $7,652 | 58 |
| MARYLAND | 11,444 | $76,304,738 | 553,999 | 3,317 | 9,311 | $6,668 | 48 |
| MASSACHUSETTS | 16,345 | $137,026,741 | 905,289 | 3,874 | 2,312 | $8,383 | 55 |
| MICHIGAN | 32,704 | $233,593,730 | 1,814,627 | 53,174 | 33,657 | $7,143 | 55 |
| MINNESOTA | 11,840 | $98,872,082 | 743,977 | 12,463 | 2,341 | $8,351 | 63 |
| MISSISSIPPI | 13,152 | $184,481,885 | 1,603,757 | 34,398 | 1,660 | $14,027 | 122 |
| MISSOURI | 22,716 | $182,726,237 | 1,570,164 | 15,144 | 2,211 | $8,044 | 69 |
| MONTANA | 2,463 | $16,276,438 | 132,240 | 347 | 551 | $6,608 | 54 |
| NEBRASKA | 4,882 | $32,281,628 | 318,676 | 8,077 | 379 | $6,612 | 65 |

EXHIBIT __A__ PAGE __4__

| State | | | | | | |
|---|---|---|---|---|---|---|
| NEVADA | 6,706 | $83,506,597 | 387,232 | 2,516 | 26,627 | $9,470 | 58 |
| NEW HAMPSHIRE | 2,924 | $22,652,259 | 144,377 | 311 | 1,162 | $7,747 | 49 |
| NEW JERSEY | 21,356 | $166,219,171 | 1,097,810 | 46,544 | 18,098 | $7,783 | 51 |
| NEW MEXICO | 8,761 | $76,349,579 | 685,352 | 3,211 | 4,645 | $11,293 | 101 |
| NEW YORK | 32,228 | $262,905,858 | 1,630,451 | 24,329 | 27,141 | $3,158 | 51 |
| NORTH CAROLINA | 25,335 | $239,823,510 | 1,860,643 | 11,630 | 45,076 | $9,468 | 73 |
| NORTH DAKOTA | 1,687 | $12,168,844 | 100,667 | 5,952 | 395 | $7,213 | 60 |
| OHIO | 42,018 | $341,255,188 | 2,426,783 | 416,340 | 40,988 | $8,122 | 58 |
| OKLAHOMA | 19,098 | $239,237,900 | 2,009,943 | 41,342 | 4,153 | $12,527 | 108 |
| OREGON | 13,834 | $102,700,020 | 813,928 | 6,206 | 1,519 | $7,424 | 59 |
| PENNSYLVANIA | 43,749 | $332,666,945 | 2,640,709 | 54,522 | 58,423 | $7,604 | 60 |
| PUERTO RICO | 7,075 | $59,080,644 | 741,237 | 565 | 54,896 | $8,352 | 105 |
| RHODE ISLAND | 3,711 | $29,208,741 | 183,875 | 138 | 1,816 | $7,871 | 50 |
| SOUTH CAROLINA | 12,292 | $117,314,218 | 985,810 | 12,670 | 4,824 | $9,544 | 80 |
| SOUTH DAKOTA | 1,756 | $9,813,124 | 79,495 | 0 | 243 | $5,582 | 45 |
| TENNESSEE | 15,917 | $130,780,100 | 996,537 | 27,405 | 12,879 | $8,216 | 63 |
| TEXAS | 62,855 | $590,361,249 | 4,472,922 | 838,290 | 63,315 | $9,422 | 71 |
| UTAH | 7,844 | $89,239,287 | 684,970 | 7,096 | 7,135 | $11,377 | 87 |
| VERMONT | 1,173 | $7,822,696 | 61,456 | 1,600 | 204 | $6,669 | 52 |
| VIRGIN ISLANDS | 84 | $850,942 | 7,919 | 363 | 0 | $10,126 | 94 |
| VIRGINIA | 16,060 | $120,924,829 | 967,201 | 8,975 | 6,122 | $7,520 | 60 |
| WASHINGTON | 15,060 | $116,202,875 | 803,574 | 6,093 | 6,332 | $7,703 | 53 |
| WEST VIRGINIA | 5,143 | $41,878,417 | 340,921 | 11,966 | 3,800 | $8,143 | 66 |
| WISCONSIN | 15,674 | $124,281,936 | 921,110 | 54,879 | 10,234 | $7,929 | 59 |
| WYOMING | 790 | $5,895,179 | 76,277 | 224 | 13 | $7,462 | 97 |

EXHIBIT A  PAGE 5

**DECLARATION OF DAVID DAUCHER**

**EXHIBIT B**

6



**MEDICARE**

Part A Intermediary
Part B Carrier
DME Regional Carrier

September 16, 2004

MAY 1 7 2005

Ms. Renee Berryman
Sojourn Care of Tulsa
7975 N. Hayden Road
Suite A-108
Scottsdale, AZ  85258-3246

Subject:     Notice of Effect of Inpatient Day Limitation and
             Hospice Cap Amount
             Sojourn Care of Tulsa
             Provider Number: 37-1607
             Period From: 8-27-02 to 10-31-03

Dear Ms. Berryman:

We have completed our review regarding the hospice limitation on inpatient days under 42CFR.418.302(F).  For the cap year 8-27-02 to 10-31-03, the total inpatient days cannot exceed twenty percent of the total hospice care days. Based on this review, your hospice has not exceeded the twenty percent limitation on inpatient days; therefore, no amount is due the Medicare program.

As discussed in the Medicare Regulations, Section 418.309, hospices are subject to a cap on the total Medicare payments made to the agency.  The hospice cap amount for the cap year 8-27-02 to 10-31-03 is $18,479.80.  We have completed our review of the hospice cap amount for your agency.  As a result of this review, Medicare payments to your agency have not exceeded the cap amount; therefore, no amount is due the Medicare program.

If you have any questions concerning the hospice cap amount, please call me at extension 15624.

Sincerely,

Lou Massi   09-16-04

Lou Massi
Reimbursement Consultant
Provider Reimbursement

/rs

cc:     Provider File

---

**Palmetto GBA**
Provider Reimbursement
34650 US Highway 19 N., Suite 202   •  Palm Harbor, FL  •  34684-2156  •  (727) 773-9225  •  Fax (727) 771-7838
*A CMS Contracted Intermediary and Carrier*

Revision 0, 7/1/03

EXHIBIT  B  PAGE  7



**Sojourn**
CARE INC.

To:      Lou Massi
From:    Renee Berryman, Sojourn Care, Inc. #371607
Date:    August 17, 2004
Subject: Cap period 8/27/2002 to 9/27/2003

Thank you for sending me the additional information for Hospice Cap. I have reconciled the SE/SW HOSPICE CAP RPT – 9/28/02 thru 9/27/03 report that you faxed to me to our records. You thought that maybe I didn't capture everyone for the cap period; however, your report included those patients that have been counted in a previous cap year by another hospice. Below is my reconciliation. At your request I added 11 for those patients admitted from our certification date of 8/27/2002 to 9/27/2002. I have attached a listing of patients for each line below.

| | |
|---|---|
| **Total from SE/SW HOSPICE CAP RPT  9/28/02 to 9/27/03** | 275 |
| Less: No. of duplicates included in report | -4 |
| Less: No. of patients not in their initial election period | -11 |
| Less: Transfers to Sojourn Care | -7 |
| Less: Transfer out of Sojourn Care | -5 |
| Total Number of Beneficiaries Initially Electing Hospice from 9/28/02 to 9/27/03 | **248** |
| Add:  Elections from 8/27/02 to 9/27/02 | 11 |
| **TOTAL INITIAL ELECTIONS FOR THIS CAP PERIOD** | **259** |

In summary, our total cap for this period using only the initial elections is $4,833,274 (259 * 18,661). Our total Medicare payments for service dates between 8/27/2002 and 10/31/2003 is $2,912,480 with is well under our cap amount for this year.

EXHIBIT  B  PAGE  8

Hospice Cap Calculation

Provider Name:
Provider Number:
CAP Year:

| Sojourn Care, Inc. |
| 37-1607 |
| 8/27/2002 to 10/31/2003 |

### REVIEW OF MEDICARE INPATIENT DAYS

| | |
|---|---|
| 1. TOTAL HOSPICE CARE DAYS PER THE PS&R | 24997 |
| 2. * 20% | x 20% |
| 3. ALLOWABLE MEDICARE INPATIENT DAYS | 4999.400 |
| 4. ACTUAL INPATIENT DAYS PER THE PS&R | 441 |

**If the total number of inpatient days exeeded the allowable number of days the limitation for your agency is determined as follows:

| | | |
|---|---|---|
| A. MEDICARE REIMBURSEMENT FOR INPATIENT SERVICES | $ | - |
| X THE PERCENTAGE OF MAX ALLOWABLE DAYS (line 3/line 4) | 0.00% | |
| B. DAYS IN EXCESS OF ALLOWABLE DAYS MULTIPLIED BY THE ROUTINE HOME CARE RATE | 0 $ - | $ |
| C SUM OF A AND B | | $ |
| MEDICARE REIMBURSEMENT FOR INPATIENT CARE PER PS&R | | |
| TOTAL AMOUNT DUE THE INTERMEDIARY | | $ - |

### CAP ON OVERAL MEDICARE REIMBURSEMENT

| | |
|---|---|
| 1. MEDICARE BENEFICIARIES ELECTING HOSPICE CARE | 259 |
| 2. STATUTORY CAP AMOUNT FOR THE CAP YEAR ENDED | $ 18,661.29 |
| 3. ALLOWABLE MEDICARE PAYMENTS | $ 4,833,274.11 |
| 4. ACTUAL PAYMENTS PER THE PS&R | 2,912,480.53 |
| 5. PAYMENTS IN EXCESS OF THE CAP AMOUNT | $ |

EXHIBIT __B__ PAGE __9__



**MEDICARE**

Part A Intermediary
Part B Carrier
DME Regional Carrier

July 21, 2005

Ms. Renee Berryman, CFO        37-1607
Sojourn Care of Tulsa
7975 N. Hayden Road                                          JUL 2 6 2005
Suite A-108
Scottsdale, AZ 85258-3246

Subject:    Notice of Effect of Inpatient Day Limitation and Hospice Cap Amount for
            Sojourn Care of Tulsa
            Provider Number: 37-1607
            Period From: November 1, 2003 through October 31, 2004

Dear Ms. Berryman:

We have completed our review regarding the hospice limitation on inpatient days under 42CFR 418.302(F).
For the above referenced cap year, the total inpatient days cannot exceed twenty percent of the total hospice
care days. Based on this review, your hospice has not exceeded the twenty percent limitation on inpatient
days; therefore, no amount is due the Medicare program.

As discussed in the Medicare Regulations, Section 418.309, hospices are subject to a cap on the total
Medicare payments made to the agency. The hospice cap amount for the above referenced cap year is
$19,635.67. We have completed our review of the hospice cap amount for your agency. As a result of this
review, Medicare payments to your agency have not exceeded the cap amount; therefore, no amount is due
the Medicare program.

If you have any questions concerning the hospice cap amount, please call me at extension 15636.

Sincerely,

Stephanie Josephik  CH 7-21-05
Accountant III
Provider Reimbursement

cc:    Provider File

---

**Palmetto GBA**
Provider Reimbursement
34850 US Highway 19 N., Suite 202  •  Palm Harbor, FL  •  34684-2156  •  (727) 773-9225  •  Fax (727) 771-7838
*A CMS Contracted Intermediary and Carrier*

Revision 0, 4/1/05

EXHIBIT B PAGE 10

HOSPICE CAP CALCULATION

JUL 2 6 2005

| PROVIDER NAME: | Sojourn Care of Tulsa |
| PROVIDER NUMBER: | 37-1607 |
| CAP YEAR: | 11/1/2003 To 10/31/2004 |

| REVIEW OF MEDICARE INPATIENT DAYS | | |
|---|---|---|
| 1.  TOTAL HOSPICE CARE DAYS PER THE PS&R | 56187 | |
| 2.  * 20% | x 20% | |
| 3.  ALLOWABLE MEDICARE INPATIENT DAYS | 11237.3 | |
| 4.  ACTUAL INPATIENT DAYS PER THE PS&R | 478 | |
| **DAYS IN EXCESS OF THE ALLOWABLE DAYS | 0 | |
| ** If the total number of inpatient days exceeded the allowable number of days the limitation for your agency is determined as follows: | | |
| A.  MEDICARE REIMBURSEMENT FOR INPATIENT SERVICES | $0.00 | |
| X THE PERCENTAGE OF MAX ALLOWABLE DAYS (line 3/line 4) | 0.00% | $0.00 |
| B.  DAYS IN EXCESS OF ALLOWABLE DAYS | 0 | |
| MULTIPLIED BY THE ROUTINE HOME CARE RATE | $0.00 | $0.00 |
| C.  SUM OF A AND B | | $0.00 |
| MEDICARE REIMBURSEMENT FOR INPATIENT CARE PER PS&R | | $0.00 |
| TOTAL AMOUNT DUE THE INTERMEDIARY | | $0.00 |

| CAP ON OVERALL MEDICARE REIMBURSEMENT | | |
|---|---|---|
| 1.  MEDICARE BENEFICIARIES ELECTING HOSPICE CARE | | 336.0000 |
| 2.  STATUTORY CAP AMOUNT FOR THE CAP YEAR ENDED | | $19,635.67 |
| 3.  ALLOWABLE MEDICARE PAYMENTS | | $6,597,585.12 |
| 4.  ACTUAL PAYMENTS PER THE PS&R PAID THROUGH | 6/30/05 | $6,371,585.00 |
| 5.  PAYMENTS IN EXCESS OF THE CAP AMOUNT | | $0 |

RS-QSF-7.5.1 CC-Hospice Cap Excel Spreadsheet 2004
Revision 0, 3/9/05

EXHIBIT  B  PAGE  11

**DECLARATION OF DAVID DAUCHER**

**EXHIBIT C**

12



**CENTERS for MEDICARE & MEDICAID SERVICES**

**MEDICARE**

Part A Intermediary
Part B Carrier
DME Regional Carrier

April 14, 2006

Ms. Renee Berryman, CFO
Sojourn Care of Tulsa
7975 N. Hayden Road
Suite A-108
Scottsdale, AZ  85258-3246

SOJOURN CARE, INC.

APR 1 7 2006

RECEIVED

RE:    MEDICARE COST REPORT DUE:  May 31, 2006
       FOR: SOJOURN CARE OF TULSA
       PROVIDER NUMBER: 37-1607
       FISCAL YEAR ENDED: December 31, 2005

Dear Ms. Berryman:

The Medicare cost report for Sojourn Care of Tulsa and any subunits, for the fiscal year ended December 31, 2005 is due on or before May 31, 2006  (Reference: 42 CFR Section 413.24(f)).  We have enclosed a checklist and PS&R summary report if available and applicable to your provider type to assist you in completing your cost report. The HCFA form 339 maybe obtained by going to http://www.cms.hhs.gov/manuals/pub152/PUB_15_2.asp.

**Effective immediately for all Hospice and End Stage Renal Dialysis (ESRD) providers with a fiscal year ending on or after December 31, 2004:**

Hospice and ESRD providers must now submit their cost reports as required under the Medicare Regulations in a standardized electronic format, (ECR file) using a CMS approved vendor system.  Although the "hard copy" will be the "official" copy of the cost report during the first year transition period, providers are required to submit both the hard copy cost report along with the electronic file (ECR file) on diskette.

If the cost report is completed manually, it must be on the official CMS worksheets in conjunction with CMS free software.  Any computer-generated substitutes for the cost reporting forms must have current CMS approval. This electronic format should be accompanied with a hard copy of the cost report and the two should be filed together.

Please pay close attention to the attached checklist to ensure your cost report is submitted with all of the necessary items. If the items listed in the "Supporting Information – All Providers" sections are not received with the cost report, intermediaries have been instructed to request missing items.  Specifically, be sure to include copies of the schedules or working papers for reclassifications, adjustments, related organizations, contracted therapists, and protested items. Please forward your completed cost report and all supporting documentation to the following address. This address is to be used for US Postal Service and courier deliveries.

**Palmetto GBA**
Provider Reimbursement  CA-106
34650 US Highway 19 North, Ste 202 * Palm Harbor, Florida  34684-2156 * (727) 773-9225 * Fax (727) 771-7838
*A CMS Contracted Intermediary and Carrier*

Revision 0: 04/22/05

EXHIBIT __C__ PAGE __13__

**Palmetto GBA - Provider Reimbursement**
Attn: Cost Report Acceptance – CA-106
34650 US Highway 19 North, Ste 202
Palm Harbor, FL 34684-2156

There are several articles on the Palmetto GBA web site (PalmettoGBA.com) with information on cost report filing. After opening the web site, all hospice providers should make the following selections: Providers / Regional Home Health & Hospice Intermediary (RHHI) / Audit & Reimbursement / Cost Report Filing. All ESRD providers should make the following selections: Providers / Part A Intermediary / South Carolina Part A Intermediary / Audit & Reimbursement / Cost Report Filing.

It is important to file your cost report on or before May 31, 2006. If you are unable to submit your cost report by the due date, you may request in writing a reduced payment suspension rate of 50%, which can remain in affect for up to 60 days. Please note that a request for a reduced payment suspension rate must be submitted prior to the cost report due date. Also, note that all submitted cost reports are subject to a desk review and/or audit by our audit department. Please note that if your cost report is determined unacceptable, you will be notified in writing that your cost report has been rejected, and payments will be suspended if the cost report due date has past. A terminated provider's payments will be immediately suspended at 100% if they fail to file their cost report timely. Upon receiving an acceptable cost report and collecting all overpayments and interest, the withheld payments will be released. If there are other overpayments not on an approved repayment schedule – the withheld payments will be used to collect those overpayments.

If the cost report indicates an amount due the Medicare Program, please submit a check made payable to **MEDICARE FEDERAL HIB** for the full amount and mail the **check** in a separate envelope to the following address:

Medicare Finance (AG-361)
Palmetto GBA, LLC
Post Office Box 100183
3060 Alpine Road
Columbia, SC 29223

If a timely filed cost report indicates an amount due the Medicare Program and the amount due is not submitted, payments will be withheld. In addition, interest accrues unless full payment accompanies the cost report, or the provider agrees in advance to liquidate the overpayment through a reduction in interim payments over the next 30-day period. If the cost report is not filed timely, interest will accrue on the amount due beginning the day after the date the cost report was due.

The interest rate for overpayments determined on or after January 25, 2006 is 11.875%. Interest is charged in 30-day periods. For instance, if your cost report is 32 days late, two 30-day periods of interest will apply.

If you are unable to repay the cost report overpayment, you may submit documentation supporting a request for extended repayment. This documentation must be submitted with or prior to the submission of your cost report in order to avoid withholding of your payments. The required documentation includes, but is not limited to, balance sheets, income statements, cash flow statements, and statements of source and application funds. The first payment of the proposed repayment schedule **must** be included with the documentation. If you need a listing of the required documentation or have questions pertaining to a repayment schedule, please review the information on the Palmetto GBA web site by selecting: Providers / Regional Home Health & Hospice Intermediary (RHHI) / Audit & Reimbursement / Overpayments or call Michael Rockholt at (803) 735-1034, extension 26328.

EXHIBIT __C__ PAGE __14__

If you have any questions or need additional information, please contact me at (803) 382-6113.

Sincerely,

Diane A. Green

Diane A. Green
Accounting Technician II, Provider Reimbursement
Palmetto GBA

Enclosures:    Filing Checklist
               Expansion of Service and/or Business Form
               Medicare PS&R Summary Report

EXHIBIT___C___PAGE__15

## COST REPORT FILING CHECKLIST

This checklist is included to assist you in accurately completing and filing your cost report.

**Providers Filing Electronic Cost Reports**
Note:   The electronic cost report (ECR) is required to be filed by hospitals, home health agencies, hospices, end stage
renal dialysis (ESRD's), and skilled nursing facilities. Other provider types are not required to file the
electronic cost report and the hardcopy of the cost report is the official copy.

☑   Diskette submitted must contain:
- ECR file
- Print image file of the cost report (except when using CMS free software)

☑   Certification page (Worksheet S) as produced from the ECR file with the actual signature of an officer
(administrator or chief financial officer)

☑   Certification page must include the encryption code of both the ECR file and the print image file

☑   Teaching hospitals submit a complete Intern and Resident Information System (IRIS) diskette

☑   Completed cost report questionnaire (CMS Form 339) with original signature on certification page and applicable
supporting documentation

**Providers using the CMS Free Software or Providers Not Required to File an Electronic Cost Reports**
☑   Must submit a complete and legible hard copy of the cost report on the proper forms

☑   Certification page of the cost report with the original signature of an officer (administrator or chief financial
officer)

☑   Must submit a complete and legible cost report questionnaire (CMS Form 339) with an original signature

**Supporting Information – All Providers**
☑   Documentation required by the cost report questionnaire (CMS Form 339)
☑   (please refer to the web site article addressing modifications to the questionnaire)

☑   Copy of the working trial balance

☑   Copy of the audited financial statements where applicable

☑   Supporting documentation for reclassifications, adjustments, related organizations, contracted therapists, and
protested items.

☑   For teaching hospitals correctly updated graduate medical education (GME) per resident amounts

### Conditions Under Which Less Than a Full Cost Report May Be Filed

**No Medicare Utilization** – Submit a statement on the agency's letterhead, signed by an authorized official,
identifying the cost report period. This must state 1) no covered services were furnished during the reporting period,
and 2) no claims for Medicare reimbursement will be filed for this reporting period.  In addition, submit the signed
certification page of the cost report.

**Low Medicare Utilization** – This is an option if Medicare net reimbursement is less than $100,000.  Submit the S
series of the cost report and the worksheets that present the balance sheet and statement of revenues and expenses. For
HHAs this is the F-series and for SNFs this is the G-series. Also, submit a trial balance for the period.

Electronic cost report filing and submission of the CMS form 339 are not required for No or Low utilization Cost
Reports.

EXHIBIT __C__ PAGE __16__

### EXPANSION OF SERVICES AND/OR BUSINESS

**All providers are to answer the following and attach it to the front of their submitted Form HCFA 339:**

- Has your facility/business purchased a physician practice or any other entity during the current cost reporting year? _____

- If **yes**, have you notified your Regional Office and fiscal intermediary? _____

- If **yes**, has the state agency completed their survey and granted approval that the entity or physician practice purchased is considered provider-based? _____

- If **yes**, is this included in your cost report as a provider-based entity? _____

EXHIBIT ___C___ PAGE ___17___

```
P R O V I D E R   S T A T I S T I C A L   A N D   R E I M B U R S E M E N T   S Y S T E M

PROGRAM ID: HD636502 - V35.D                                                                        PAGE: 6207
PAID DATES: 01/01/05 THRU 04/04/06              PROVIDER SUMMARY REPORT                    REPORT #: QD44203
RUN DATE: 04/04/06                       HOSPICE - NON-HOSPITAL BASED (HSP-LCC)            REPORT TYPE: 81A
PROVIDER FYE: 12/31
PROVIDER NUMBER: 371407              SOJOURN CARE OF TULSA
```

| REVENUE CODE | DESCRIPTION | SERVICES FOR PERIOD 01/01/05 - 12/31/05 UNITS | CHARGES | SERVICES FOR PERIOD 04/06/06 - 06/30/06 UNITS | CHARGES | SERVICES FOR PERIOD 04/06/06 - 09/30/06 UNITS | CHARGES | SERVICES FOR PERIOD 07/06/06 - 09/30/06 UNITS | CHARGES | SERVICES FOR PERIOD 01/01/05 - 06/30/06 UNITS | CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DISCHARGES | 0 | | 0 | | 0 | | 0 | | 0 | |
| | MEDICARE DAYS | 0 | | 0 | | 0 | | 0 | | 0 | |
| | CLAIMS | 2 | | 0 | | 0 | | 0 | | 0 | |

```
*** ANCILLARY CHARGES ***
```

| 0651 HOSPICE/RTN HOME | 24 | $4,320.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| TOTAL CHARGES | | $4,320.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |

| GROSS REIMBURSEMENT | $2,400.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| CASH DEDUCTIBLE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BLOOD DEDUCTIBLE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| COINSURANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| NET PRIMARY PAYOR | | | | | |
| PAYMENTS MADE UNDER MSP | $2,087.28 | $0.00 | $0.00 | $0.00 | $0.00 |
| NET REIMBURSEMENT | $312.72 | $0.00 | $0.00 | $0.00 | $0.00 |

```
INFORMATIONAL ONLY:
*******************
INTEREST PAYMENTS       $0.00        $0.00        $0.00        $0.00        $0.00
TOTAL ADJUSTMENTS       $0.00        $0.00        $0.00        $0.00        $0.00
```

EXHIBIT ___C___ PAGE __18__

```
P R O V I D E R   S T A T I S T I C A L   A N D   R E I M B U R S E M E N T   S Y S T E M

PROGRAM ID: MB4395D2 - V35.D                    PROVIDER SUMMARY REPORT                              PAGE:  6208
PAID DATES: 01/01/05 THRU 04/04/06              HOSPICE - NON-HOSPITAL BASED                         REPORT #: QD04205
RUN DATE:   06/04/06                                                                                 REPORT TYPE:  810
PROVIDER FYE:  12/31
PROVIDER NUMBER: 371407                         SOJOURN CARE OF TULSA
```

| REVENUE CODE | DESCRIPTION | SERVICES FOR PERIOD 01/01/05 - 12/31/05 UNITS | CHARGES | SERVICES FOR PERIOD 01/01/06 - 04/04/06 UNITS | CHARGES | SERVICES FOR PERIOD 06/30/00 - 06/30/00 UNITS | CHARGES | SERVICES FOR PERIOD 06/30/00 - 06/30/00 UNITS | CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| DISCHARGES | | 0 | | 0 | | 0 | | 0 | |
| MEDICARE DAYS | | 0 | | 0 | | 0 | | 0 | |
| CLAIMS | | 8,695 | | | | | | | |

```
*** ANCILLARY CHARGES ***
```

| REVENUE CODE | DESCRIPTION | UNITS | CHARGES | UNITS | CHARGES | UNITS | CHARGES | UNITS | CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 0651 | HOSPICE/RTN HOME | 112,110 | $13,326,290.0 | | $.00 | | $.00 | | $.00 |
| 0652 | HOSPICE/CTNS HOME | 879 | $25,417.25 | | $.00 | | $.00 | | $.00 |
| 0655 | HOSPICE/IP RESPITE | 209 | $26,056.71 | | $.00 | | $.00 | | $.00 |
| 0656 | HOSPICE/IP NON RESP | 371 | $198,555.96 | | $.00 | | $.00 | | $.00 |
| 0657 | HOSPICE/PHYSICIAN S | 367 | $56,097.23 | | $.00 | | $.00 | | $.00 |
| | TOTAL CHARGES | | $13,636,443.15 | | $.00 | | $.00 | | $.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| GROSS REIMBURSEMENT | | | $13,605,000.65 | | $.00 | | $.00 | | $.00 |
| CASH DEDUCTIBLE | | | $.00 | | $.00 | | $.00 | | $.00 |
| BLOOD DEDUCTIBLE | | | $.00 | | $.00 | | $.00 | | $.00 |
| COINSURANCE | | | $.00 | | $.00 | | $.00 | | $.00 |
| NET PRIMARY PAYOR PAYMENTS MADE UNDER MSP | | | $3,100.00 | | $.00 | | $.00 | | $.00 |
| NET REIMBURSEMENT | | | $13,601,900.65 | | $.00 | | $.00 | | $.00 |

```
INFORMATIONAL ONLY:
*******************
```

| INTEREST PAYMENTS | | | $697.16 | | $.00 | | $.00 | | $.00 |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL ADJUSTMENTS | | | $.00 | | $.00 | | $.00 | | $.00 |

EXHIBIT C PAGE 19

P R O V I D E R   S T A T I S T I C A L   A N D   R E I M B U R S E M E N T   S Y S T E M

```
PROGRAM ID: MD430586 - V35.D                                                           PAGE: 5347
PAID DATES: 01/01/05 THRU 04/04/06
RUN DATE: 04/04/06                                                              REPORT N: OD4G500
PROVIDER FYE: 1231                                                             REPORT TYPE: 61A
PROVIDER: 571607
                          SOJOURN CARE OF TULSA
                                  PROVIDER SUMMARY REPORT
                          HSA/BENEFICIARY CENSUS/REV VISITS
                          HOSPICE - NON-HOSPITAL BASED (HSP-LCC)

                                    SERVICE PERIOD        SERVICE PERIOD        SERVICE PERIOD
                                    SERVICE PERIOD        SERVICE PERIOD        SERVICE PERIOD
COUNT TYPE                          01/01/05-12/31/05
*********************************************************************************************

ALL CBSA   BENEFICIARY COUNTS             1.00           0.00           0.00           0.00
           REVENUE CNTR 0651 VISIT COUNTS   24              0              0              0

BCSA  8560  BENEFICIARY COUNTS            1.00           0.00           0.00           0.00
            REVENUE CNTR 0651 VISIT COUNTS  24              0              0              0
```

EXHIBIT ___C___ PAGE __20__

# PROVIDER STATISTICAL AND REIMBURSEMENT SYSTEM

PROGRAM ID: MN430506 - V35.D
PAID DATES: 01/01/05 THRU 04/04/06
RUN DATE: 04/04/06
PROVIDER TYPE: 1231
PROVIDER: 371407                SOJOURN CARE OF TULSA

PAGE:  5340
REPORT #: QD46530
REPORT TYPE: 810

PROVIDER SUMMARY REPORT
MSA/BENEFICIARY CENSUS/REV VISITS
HOSPICE - NON-HOSPITAL BASED

SERVICE PERIOD 01/01/05-12/31/05

| COUNT TYPE | SERVICE PERIOD | SERVICE PERIOD | SERVICE PERIOD | SERVICE PERIOD |
|---|---|---|---|---|
| ALL CBSA BENEFICIARY COUNTS | 836.00 | 0.00 | 0.00 | 0.00 |
| REVENUE CNTR 0651 VISIT COUNTS | 112110 | 0 | 0 | 0 |
| REVENUE CNTR 0652 VISIT COUNTS | 879 | 0 | 0 | 0 |
| DCSA  27 BENEFICIARY COUNTS | 57.68 | 0.00 | 0.00 | 0.00 |
| REVENUE CNTR 0651 VISIT COUNTS | 7696 | 0 | 0 | 0 |
| REVENUE CNTR 0652 VISIT COUNTS | 68 | 0 | 0 | 0 |
| DCSA  0104 BENEFICIARY COUNTS | 7.50 | 0.00 | 0.00 | 0.00 |
| REVENUE CNTR 0651 VISIT COUNTS | 983 | 0 | 0 | 0 |
| DCSA  0361 BENEFICIARY COUNTS | 117.49 | 0.00 | 0.00 | 0.00 |
| REVENUE CNTR 0651 VISIT COUNTS | 18074 | 0 | 0 | 0 |
| DCSA  5036 BENEFICIARY COUNTS | 9.61 | 0.00 | 0.00 | 0.00 |
| REVENUE CNTR 0651 VISIT COUNTS | 679 | 0 | 0 | 0 |
| REVENUE CNTR 0652 VISIT COUNTS | 12 | 0 | 0 | 0 |
| DCSA  50106 BENEFICIARY COUNTS | 0.01 | 0.00 | 0.00 | 0.00 |
| REVENUE CNTR 0651 VISIT COUNTS | 3 | 0 | 0 | 0 |
| DCSA  50107 BENEFICIARY COUNTS | 22.37 | 0.00 | 0.00 | 0.00 |
| REVENUE CNTR 0651 VISIT COUNTS | 2203 | 0 | 0 | 0 |
| DCSA  50304 BENEFICIARY COUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| REVENUE CNTR 0651 VISIT COUNTS | 0 | 0 | 0 | 0 |
| DCSA  50341 BENEFICIARY COUNTS | 156.46 | 0.00 | 0.00 | 0.00 |
| REVENUE CNTR 0651 VISIT COUNTS | 11501 | 0 | 0 | 0 |
| REVENUE CNTR 0652 VISIT COUNTS | 78 | 0 | 0 | 0 |
| DCSA  8560 BENEFICIARY COUNTS | 407.06 | 0.00 | 0.00 | 0.00 |
| REVENUE CNTR 0651 VISIT COUNTS | 71001 | 0 | 0 | 0 |
| REVENUE CNTR 0652 VISIT COUNTS | 721 | 0 | 0 | 0 |

EXHIBIT C    PAGE 21

2005 Cost Report Filed.

EXHIBIT C PAGE 22

KPMG'S Electronic Reporting to Compu-Max File Conversion Utility
Transmittal #6 - CMS-1984-99

Electronic File Name:  HSTEMP.ECR

Compu-Max File Name:   S:\FINANCE\COSTRE-1\2005\CR2005V1

Provider Name:  SOJOURN CARE OF TULSA

Provider Number:  37-1607

Fiscal Year Beginning:  2005/001   (Julian Date Format)

Fiscal Year Ending:     2005/365   (Julian Date Format)

Conversion Date and Time:   04/21/2006    09:38:53

ECR Fingerprint:


Software Vendor:  A01   KPMG LLP - COMPU-MAX MICRO

ECR File Creation Date: 2006/111   (Julian Date Format)

ECR Programming Specification Date: 2004/366   (Julian Date Format)


EXHIBIT___C___PAGE_23_

NOTICE NO. 35-1607          SOUTERN CARE OF TULSA          IN LIEU OF FORM CMS-1984-99 (4/99)          KPMG COMPU-MAX MICRO SYSTEM      VERSION: 2005.13
SENT FROM 01/01/2005 TO 12/31/2005                                                                        Page 1   4/21/2006 9:14:24 AM
                                                                                                          WORKSHEET S

MEDICAL COST AND DATA REPORT

[ ] INITIAL     [ ] RE-OPENED
[ ] FINAL

                                    DATE RECEIVED
[ ] AUDITED                         INTERMEDIARY NO. _____
[ ] DESK REVIEWED

CERTIFICATION

MISREPRESENTATION OR FALSIFICATION OF ANY INFORMATION CONTAINED IN THIS COST REPORT MAY
BE PUNISHABLE BY CRIMINAL, CIVIL AND ADMINISTRATIVE ACTION, FINE AND/OR IMPRISONMENT
UNDER FEDERAL LAW. FURTHERMORE, IF SERVICES IDENTIFIED IN THIS REPORT WERE PROVIDED
OR PROCURED THROUGH THE PAYMENT DIRECTLY OR INDIRECTLY OF A KICKBACK OR WERE OTHERWISE
ILLEGAL, CRIMINAL, CIVIL AND ADMINISTRATIVE ACTION, FINES AND/OR IMPRISONMENT MAY RESULT.

CERTIFICATION BY OFFICER OR ADMINISTRATOR OF PROVIDER(S)

I HEREBY CERTIFY THAT I HAVE READ THE ABOVE STATEMENT AND THAT I HAVE EXAMINED THE ACCOMPANYING ELECTRONICALLY
FILED OR MANUALLY SUBMITTED COST REPORT AND THE BALANCE SHEET AND STATEMENT OF REVENUE AND EXPENSES PREPARED BY
SOUTERN CARE OF TULSA  35-1607 (PROVIDER NUMBER(S) AND NUMBER(S)) FOR THE COST REPORTING PERIOD BEGINNING 01/01/2005 AND ENDING 12/31/2005, AND THAT TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS A TRUE, CORRECT, AND COMPLETE REPORT PREPARED FROM THE BOOKS AND RECORDS OF THE
PROVIDER IN ACCORDANCE WITH APPLICABLE INSTRUCTIONS, EXCEPT AS NOTED. I FURTHER CERTIFY THAT I AM FAMILIAR
WITH THE LAWS AND REGULATIONS REGARDING THE PROVISION OF HEALTH CARE SERVICES, AND THAT THE SERVICES IDENTIFIED
IN THIS COST REPORT WERE PROVIDED IN COMPLIANCE WITH SUCH LAWS AND REGULATIONS.

(SIGNED) _____        OFFICER OR ADMINISTRATOR OF PROVIDER(S)

                                                  TITLE  CFO

                                                  DATE  4-21-06

                                                  PHONE NUMBER  480-905-1346

ACCORDING TO THE PAPERWORK REDUCTION ACT OF 1995, NO PERSONS ARE REQUIRED TO RESPOND TO A COLLECTION OF INFORMATION UNLESS
IT DISPLAYS A VALID OMB CONTROL NUMBER. THE VALID OMB CONTROL NUMBER FOR THIS INFORMATION COLLECTION IS 0938-0739. THE
TIME REQUIRED TO COMPLETE THIS INFORMATION COLLECTION IS ESTIMATED AT 174 HOURS PER RESPONSE, INCLUDING THE TIME TO REVIEW
INSTRUCTIONS, SEARCH EXISTING DATA RESOURCES, GATHER THE DATA NEEDED, AND COMPLETE AND REVIEW THE INFORMATION COLLECTION.
IF YOU HAVE ANY COMMENTS CONCERNING THE ACCURACY OF THE TIME ESTIMATE(S) OR SUGGESTIONS FOR IMPROVING THIS FORM, PLEASE
WRITE TO: CMS, 7500 SECURITY BOULEVARD, N2-14-26, BALTIMORE, MARYLAND 21244-1850 AND TO THE OFFICE OF INFORMATION AND
REGULATORY AFFAIRS, OFFICE OF MANAGEMENT AND BUDGET, WASHINGTON, D.C. 20503.

EXHIBIT _C_ PAGE _24_

PROVIDER NO. 37-1607   SOJOURN CARE OF TULSA   HFMA COMP4-MAX MICRO SYSTEM   VERSION 2006.03
FOR/IOD FROM 01/01/2005 TO 12/31/2005   IN LIEU OF FORM CMS-1984-99 (09/2005)   Page 2   04/21/2006   09:42:19
WORKSHEET S-1

HOSPICE IDENTIFICATION DATA

PART I

| 1 | NAME: SOJOURN CARE OF TULSA | ADDRESS: 9910 EAST 42ND STREET SOUTH | ZIP CODE: 74146 | 1 |
| 2 | COUNTY WHERE THE HOSPICE IS LOCATED | CITY: TULSA   TULSA | STATE: OK | 2 |
| 3 | HOSPICE BEGAN OPERATION (MM/DD/YYYY) | DATE: 03/13/2002 | | 3 |

| 4 | CERTIFICATION DATE (MM/DD/YYYY) | DATE CERTIFIED TITLE XVIII / / | DATE CERTIFIED TITLE XIX 08/27/2002 | 4 |
| 5 | COST REPORTING PERIOD (MM/DD/YYYY) | FROM: 01/01/2005 | TO: 12/31/2005 | 5 |
| 6 | PROVIDER IDENTIFICATION NUMBER | 37-1607 | | 6 |
| 7 | TYPE OF CONTROL | | | 7 |

PART II

| | TITLE XVIII UNDUPLICATED MEDICARE DAYS 1 | TITLE XIX UNDUPLICATED MEDICAID DAYS 2 | TITLE XVIII UNDUPLICATED SKILLED NURSING FACILITY DAYS 3 | TITLE XIX UNDUPLICATED NURSING FACILITY DAYS 4 | OTHER UNDUPLICATED 5 | TOTAL UNDUPLICATED DAYS 6 | |
|---|---|---|---|---|---|---|---|
| 8 CONTINUOUS HOME CARE | 57 | | | | 7 | 64 | 8 |
| 9 ROUTINE HOME CARE | 112210 | | | | 9142 | 121352 | 9 |
| 10 INPATIENT RESPITE CARE | 209 | | | | | 209 | 10 |
| 11 GENERAL INPATIENT CARE | 371 | | | | 9 | 380 | 11 |
| 12 TOTAL HOSPICE DAYS | 112747 | | | | 9158 | 121905 | 12 |

PART III

| | TITLE XVIII 1 | TITLE XIX 2 | TITLE XVIII SKILLED NURSE FAC 3 | TITLE XIX SKILLED NURSE FAC 3 | OTHER 5 | TOTAL 6 | |
|---|---|---|---|---|---|---|---|
| 13 NUMBER OF PATIENTS RECEIVING HOSPICE CARE | 861 | | | | 100 | 961 | 13 |
| 14 TOTAL UNDUP CONT CARE HOURS AVAILABLE TO MEDICARE | 903 | | | | | 903 | 14 |
| 15 AVERAGE LENGTH OF STAY | 130.95 | | | | 91.56 | 126.85 | 15 |
| 16 UNDUPLICATED CENSUS COUNT | 861 | | | | | 861 | 16 |

17  IF THE HOSPICE CONTRACTED (OR SUBCONTRACTED) ITS ADMINISTRATIVE AND GENERAL SERVICE COSTS, INDICATE WHETHER OPTION ONE OR TWO IS BEING UTILIZED (ENTER "1" FOR OPTION ONE AND "2" FOR OPTION TWO.) (SEE PRM-11, SECTION 3030)(ENTER "1" FOR OPTION ONE AND "2" FOR OPTION TWO.)   17

18  ARE THERE ANY RELATED ORGANIZATION OR HOME OFFICE COSTS AS DEFINED IN CMS PUB-15-1, CHAPTER 10? IF YES, ENTER THE CHAIN HOME OFFICE PROVIDER NUMBER IN COLUMN 2.   N   18

EXHIBIT C PAGE 25

PROGRAM NO. 37-1607   HOSPICE CARE OF TULSA   YDMS COMP-DON MICRO SYSTEM   VERSION: 2005.03
PERIOD FROM 01/01/2005 TO 12/31/2005   04/21/2006  93:42:19

RECLASSIFICATION AND ADJUSTMENT OF TRIAL BALANCE OF EXPENSES   IN LIEU OF FORM CMS-1984-99 (09/2/2000)   Page 3   WORKSHEET A

| COST CENTER DESCRIPTIONS | SALARIES 1 | EMPLOYEE BENEFITS 2 | TRANS-PORTATION 3 | CONTRACTED SERVICES 4 | OTHER 5 | TOTAL 6 | |
|---|---|---|---|---|---|---|---|
| GENERAL SERVICE COST CENTERS | | | | | | | |
| 0100  Cap Rel Costs - Bldg & Fixt | | | | | 217924 | 217924 | 1 |
| 0200  Cap Rel Costs - Mvble Equip | | | | | 7130 | 7130 | 2 |
| 0300  Plant Operation and Maintenance | | | | | 7365 | 7365 | 3 |
| 0500  Volunteer Services | 56910 | 15278 | | | | 72188 | 5 |
| 0600  Administrative & General | 1201267 | 390260 | | | 3228217 | 5590834 | 6 |
| INPATIENT CARE SERVICE | | | | | | | |
| 1000  Inpatient - General Care | | | | 232379 | 205019 | 205019 | 10 |
| 1100  Inpatient - Respite Care | | | | 12934 | 86428 | 86428 | 11 |
| VISITING SERVICES | | | | | | | |
| 1500  Physicians Services | | | | | | 232379 | 15 |
| 1600  Nursing Care | 2619727 | 705663 | 218665 | | 10424 | 3554739 | 16 |
| 1700  Physical Therapy | | | | | | 16424 | 17 |
| 2004  Medical Social Services | 435945 | 116316 | 39511 | | | 587305 | 20 |
| 2100  Spiritual Counseling | 345590 | 93089 | 42288 | | | 480967 | 21 |
| 2200  COUNSELING - OTHER | 23107 | 6763 | | | | 33170 | 23 |
| 2400  Home Health Aide And Homemaker | 101180 | 272845 | 252186 | | | 1545173 | 24 |
| 2550  Other Visiting Services | | | 10363 | 8622 | | 18963 | 25 |
| OTHER HOSPICE SERVICE COSTS | | | | | | | |
| 3000  Drugs,Biological,Infusion Therapy | | | | | 827876 | 827876 | 30 |
| 3100  Durable Medical Equipment/Oxygen | | | | | 561531 | 561531 | 31 |
| 3200  Patient Transportation | | | | | 23973 | 23973 | 32 |
| 3400  Labs and Diagnostics | | | | | 36569 | 36569 | 34 |
| 3500  Med Supplies Charged to Patient | | | | | 298321 | 298321 | 35 |
| 3600  Outpatient Services inc E/R Dept | | | | | 44731 | 44731 | 36 |
| 3100  Radiation Therapy | | | | | 2160 | 2160 | 37 |
| 3800  Chemotherapy | | | | | 13022 | 13022 | 38 |
| 3900  HOSPICE NONRESPONSIBLE SERV | | | | | | | |
| 5100  Bereavement Program Costs | | | | | | | 50 |
| Volunteer Program Cost | | | | | | | 51 |
| TOTAL | 6672236 | 1599935 | 567713 | 235935 | 5562420 | 14650259 | 100 |

EXHIBIT  C  PAGE  26

```
PROVIDER NO. 37-1603          HOSPICE CARE OF TULSA                    HCAS COMPU-MAX MICRO SYSTEM   VERSION 2005.03
PERIOD FROM 01/01/2005 TO 12/31/2005                                                Page 4    04/21/2006  09:42:15
                                                                                                    WORKSHEET A
                           RECLASSIFICATION AND ADJUSTMENT OF TRIAL BALANCE OF EXPENSES

                                              IN LIEU OF FORM CMS-1984-99 (09/2000)
```

| | COST CENTER DESCRIPTIONS | RECLASSI-FICATIONS 7 | SUBTOTAL 8 | ADJUSTMENTS 9 | TOTAL 10 | |
|---|---|---|---|---|---|---|
| | GENERAL SERVICE COST CENTERS | | | | | |
| 1 | Cap Rel Costs - Bldg & Fixt | | 217924 | | 217924 | 1 |
| 2 | Cap Rel Costs - Mvble Equip | | 130 | 190924 | 190924 | 2 |
| 3 | Plant Operation and Maintenance | | 7505 | | 7505 | 3 |
| 4 | Volunteer Services | | 71986 | | 71986 | 4 |
| 5 | Administrative & General | | 5398834 | | 5398834 | 5 |
| | INPATIENT CARE SERVICE | | | | | |
| 10 | Inpatient - General Care | | 225019 | | 225019 | 10 |
| 11 | Inpatient - Respite Care | | 88428 | | 88428 | 11 |
| | VISITING SERVICES | | | | | |
| 15 | Physician Services | | 232239 | | 232239 | 15 |
| 16 | Nursing Care | | 3584179 | | 3584179 | 16 |
| 17 | Physical Therapy | | 10824 | | 10824 | 17 |
| 20 | Medical Social Services | | 583385 | | 583385 | 20 |
| 21 | Spiritual Counseling | | 480947 | | 480947 | 21 |
| 22 | COUNSELING - OTHER | | 14010 | | 14010 | 22 |
| 23 | Home Health Aide and Homemaker | | 1545173 | | 1545173 | 23 |
| 24 | Other Visiting Services | | 18363 | | 18363 | 24 |
| | OTHER SERVICE COSTS | | | | | |
| 30 | Drugs, Biologicals, Infusion Therapy | | 827976 | | 827976 | 30 |
| 31 | Durable Medical Equipment/Oxygen | | 561531 | | 561531 | 31 |
| 32 | Patient Transportation | | 20673 | | 20673 | 32 |
| 34 | Labs and Diagnostics | | 35958 | | 35958 | 34 |
| 35 | Med Supplies Charged to Patient | | 298321 | | 298321 | 35 |
| 36 | Outpatient Services (inc E/R Dept) | | 44731 | | 44731 | 36 |
| 37 | Radiation Therapy | | 2160 | | 2160 | 37 |
| 38 | Chemotherapy | | 13063 | | 13063 | 38 |
| | HOSPICE NONREIMBURSABLE SERV | | | | | |
| 50 | Bereavement Program Costs | | | | | 50 |
| 51 | Volunteer Program Cost | | | | | 51 |
| 100 | TOTAL | | 14654259 | 190924 | 14847083 | 100 |

EXHIBIT _C_ PAGE _27_

PROVIDER NO. 37-1407    SOONER CARE OF TULSA
PERIOD FROM 01/01/2005 TO 12/31/2005

HCRNO COSPD-MAX MICRO SYSTEM    VERSION 2005.03
IN LIEU OF FORM CMS-1984-99 (4/99)    Page 5    04/21/2006 09:42:19

COMPENSATION ANALYSIS
SALARIES AND WAGES

WORKSHEET A-1

| COST CENTER DESCRIPTIONS | ADMINISTRATOR 1 | DIRECTOR 2 | SOCIAL SERVICES 3 | SUPERVISOR 4 | NURSES 5 | TOTAL THERAPISTS 6 | AIDES 7 | ALL OTHER 8 | TOTAL 9 | |
|---|---|---|---|---|---|---|---|---|---|---|
| GENERAL SERVICE COST CENTERS | | | | | | | | | | |
| 1  Cap Rel Costs - Bldg & Fixt | | | | | | | | | | 1 |
| 2  Cap Rel Costs - Mov & Equip | | | | | | | | | | 2 |
| 3  Plant Operation and Maintenance | | | | | | | | | | 3 |
| 4  Volunteer Services | | | | | | | | 56710 | 56710 | 4 |
| 5  Administrative & General | 258274 | 254410 | 431945 | 701320 | 1918207 | | | 1668673 | 2283357 | 5 |
| 6  HANDICRAFT CARE SERVICE | | | | | | | | | | 6 |
| 10  Inpatient - General Care | | | | | | | | | | 10 |
| 11  Inpatient - Respite Care | | | | | | | | | | 11 |
| VISITING SERVICES | | | | | | | | | | |
| 15  Physicians Services | | | | | | | | | 2619727 | 15 |
| 16  Nursing Care | | | | | | | | | 431945 | 16 |
| 17  Physical Therapy | | | | | | | | | 343599 | 17 |
| 20  Medical Social Services | | | | | | | | 345590 | 25517 | 20 |
| 21  Spiritual Counseling | | | | | | | | 25107 | 25107 | 21 |
| 22  COUNSELORS (OTHER) | | | | | | | | | 1013820 | 22 |
| 24  Home Health Aide and Homemaker | | | | | | | | | | 24 |
| 25  Other Visiting Services | | | | | | | | | | 25 |
| OTHER MEDICAL SERVICE COSTS | | | | | | | | | | |
| 30  Drugs Biologicals Infusion Th | | | | | | | | | | 30 |
| 31  Durable Medical Equipment/Pla | | | | | | | | | | 31 |
| 32  Patient Transportation | | | | | | | | | | 32 |
| 33  Imaging and Diagnostics | | | | | | | | | | 33 |
| 34  Lab and Diagnostics | | | | | | | | | | 34 |
| 35  Med Supplies Charged to Pati | | | | | | | | | | 35 |
| 36  Outpatient Services (inc E/A | | | | | | | | | | 36 |
| 37  Radiation Therapy | | | | | | | | | | 37 |
| 38  Chemotherapy | | | | | | | | | | 38 |
| 50  NURSING NONREIMBURSABLE SERV | | | | | | | | | | 50 |
| 51  Non-current Program Costs | | | | | | | | | | 51 |
| 54  Volunteer Program Cost | | | | | | | | | | 54 |
| 100 TOTAL | 258274 | 254410 | 431945 | 701320 | 1918207 | 1013820 | | 2096080 | 6672256 | 100 |

EXHIBIT ___C___  PAGE __28__

PREPARED NO. 37-1507      HOSPICE CARE OF TULSA                                HCRS COMPU-MAX MICRO SYSTEM    VERSION 2005.03
PERIOD FROM 01/01/2005 TO 12/31/2005      IN LIEU OF FORM CMS-1984-99 (09/2000)      Page 6      04/21/2006    09:42:13

COMPREHENSIVE ANALYSIS                                                                                           WORKSHEET A-2
EMPLOYEE BENEFITS (PAYROLL RELATED)

| | COST CENTER DESCRIPTIONS | ADMINIS-TRATOR 1 | DIRECTOR 2 | SOCIAL SERVICES 3 | SUPER-VISORS 4 | NURSES 5 | TOTAL THERA-PISTS 6 | AIDES 7 | ALL OTHER 8 | TOTAL 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| | GENERAL SERVICE COST CENTERS | | | | | | | | | |
| 1 | Cap Rel Costs - Bldg & Fixt | | | | | | | | | 1 |
| 2 | Cap Rel Costs - Mvble Equip | | | | | | | | | 2 |
| 3 | Plant Operation and Maintena | | | | | | | | | 3 |
| 4 | Volunteer Services | | | | | | | | | 4 |
| 5 | Administrative & General | 25494 | | | | | | | 15276 | 15276 | 5 |
| 6 | SUBTOTAL CORE SERVICE | | | | | | | | 335504 | 330200 | 6 |
| 10 | Inpatient - General Care | | | | | | | | | 10 |
| 11 | Inpatient - Respite Care | | | | | | | | | 11 |
| | VISITING SERVICES | | | | | | | | | |
| 15 | Physicians Services | | | | | | | | | 15 |
| 16 | Nursing Care | | | | | | | | 706653 | 706653 | 16 |
| 17 | Physical Therapy | | | | | | | | | 17 |
| 20 | Medical Social Services | | | 116349 | | | | | | 116349 | 20 |
| 21 | Spiritual Counseling | | | | | | | | 93080 | 93080 | 21 |
| 22 | COUNSELING - OTHER | | | | | | | | 6163 | 6163 | 22 |
| 24 | Home Health Aide and Homemak | | | | | | 272545 | | | 272545 | 24 |
| 25 | Other Visiting Services | | | | | | | | | 25 |
| | OTHER HOSPICE SERVICE COSTS | | | | | | | | | |
| 30 | Drugs,Biological,Infusion Th | | | | | | | | | 30 |
| 31 | Durable Medical Equipment/DM | | | | | | | | | 31 |
| 32 | Patient Transportation | | | | | | | | | 32 |
| 34 | Imaging and Diagnostics | | | | | | | | | 34 |
| 35 | Labs and Diagnostics | | | | | | | | | 35 |
| 36 | Med Supplies Charged to Pati | | | | | | | | | 36 |
| 37 | Outpatient Services (Inc R/R | | | | | | | | | 37 |
| 38 | Radiation Therapy | | | | | | | | | 38 |
| | Chemotherapy | | | | | | | | | |
| 50 | HOSPICE NONREIMBURSABLE SERV | | | | | | | | | 50 |
| 51 | Bereavement Program Costs | | | | | | | | | 51 |
| 100 | Volunteer Program Cost | | | | | | | | | 100 |
| | TOTAL | 25494 | 29462 | 116349 | 188982 | 516691 | | 272545 | 455432 | 1589935 | 100 |

EXHIBIT C    PAGE 29

PROVIDER NO. 37-1601          HOSPICE CARE OF TULSA

COMPENSATION ANALYSIS
CONTRACTED SERVICES / PURCHASED SERVICES
PERIOD FROM 01/01/2005 TO 12/31/2005

HCFA CMS3-MAX MICRO SYSTEM   VERSION 2005.03
IN LIEU OF FORM CMS-1984-99 (09/2000)   Page 7   0/21/2006 09:41:19

WORKSHEET A-3

| COST CENTER DESCRIPTIONS | ADMINIS-TRATOR 1 | DIRECTOR 2 | SOCIAL SERVICES 3 | SUPER-VISORS 4 | NURSES 5 | TOTAL THERA-PISTS 6 | AIDES 7 | ALL OTHER 8 | TOTAL 9 | |
|---|---|---|---|---|---|---|---|---|---|---|
| GENERAL SERVICE COST CENTERS | | | | | | | | | | |
| Cap Rel Costs - Bldg & Fixt | | | | | | | | | | 1 |
| Cap Rel Costs - Mvbl Equip | | | | | | | | | | 2 |
| Plant Operation and Maintena | | | | | | | | | | 3 |
| Volunteer Services | | | | | | | | | | 5 |
| Administrative & General | | | | | | | | | | 6 |
| INPATIENT CARE SERVICE | | | | | | | | | | |
| Inpatient - General Care | | | | | | | | | | 10 |
| Inpatient - Respite Care | | | | | | | | | | 11 |
| VISITING SERVICES | | | | | | | | | | |
| Physician Services | | | | | | | | | | 15 |
| Nursing Care | | 232379 | | | | | | | 232379 | 16 |
| Physical Therapy | | | | | 12934 | | | | 12934 | 17 |
| Medical Social Services | | | | | | | | | | 20 |
| Spiritual Counseling | | | | | | | | | | 21 |
| (continuations - OTHER) | | | | | | | | | | 23 |
| OTHER HOSPICE SERVICE COSTS | | | | | | | 8622 | | 8622 | 24 |
| Drugs,Biologicals,Infusion Th | | | | | | | | | | 25 |
| Home Health Aide and Homemak | | | | | | | | | | 30 |
| Durable Medical Equipment/Ox | | | | | | | | | | 31 |
| Patient Transportation | | | | | | | | | | 32 |
| Labs and Diagnostic | | | | | | | | | | 34 |
| Med Supplies Charged to Pati | | | | | | | | | | 35 |
| Outpatient Services (Inc E/A | | | | | | | | | | 37 |
| Radiation Therapy | | | | | | | | | | 38 |
| Chemotherapy | | | | | | | | | | |
| HOSPICE NONREIMBURSABLE SERV | | | | | | | | | | 50 |
| Bereavement Program Costs | | | | | | | | | | 51 |
| Volunteer Program Cost | | | | | | | | | | |
| TOTAL | | 232379 | | | 12934 | | 8622 | | 253935 | 100 |

EXHIBIT C PAGE 30



PROVIDER NO. 37-1407    GUARDIAN CARE OF TULSA
PERIOD FROM 01/01/2005 TO 12/31/2005

RECLASSIFICATIONS

KPMG COMPU-MAX MICRO SYSTEM    VERSION: 2001.03
IN LIEU OF FORM CMS-1984-99 (4/93)    Page 8    04/21/2006  09:42:13

WORKSHEET A-6
PAGE 1

| EXPLANATION OF RECLASSIFICATION ENTRY | CODE 1 | COST CENTER 2 | INCREASE LINE NO 3 | SALARY AMOUNT 4 | NON-SAL AMOUNT 5 |
|---|---|---|---|---|---|

TOTAL RECLASSIFICATIONS

EXHIBIT ___C___ PAGE ___31___



KPMG COMPU-MAX MICRO SYSTEM    VERSION: 2005.03
IN LIEU OF FORM CMS-1984-99 (4/99)    Page 9    04/21/2006  09:42:13
WORKSHEET A-6
PAGE 1

PROVIDER NO. 37-1601    HOSPICE CARE OF TULSA
PERIOD FROM 01/01/2005 TO 12/31/2005
RECLASSIFICATIONS

EXPLANATION OF RECLASSIFICATION ENTRY    CODE    COST CENTER    INCREASE    SALARY AMOUNT    NON-SAL AMOUNT
                                          1       6              LINE NO.    8                9
                                                                 7

TOTAL RECLASSIFICATIONS

EXHIBIT C PAGE 32



PROVIDER NO. 37-1607   SOODUSH CARE OF TULSA   VERSION 2005-03
PERIOD FROM 01/01/2005 TO 12/31/2005

WKMS CORP/-HAK MICRO SYSTEM   VERSION 2005-03
IN LIEU OF FORM CMS 1984-99 (4/99)   PAGE 10   04/21/2006   09:42:19

WORKSHEET A-7

ANALYSIS OF CHANGES IN CAPITAL ASSET BALANCE

| DESCRIPTION | BEGINNING BALANCES 1 | ACQUISITIONS PURCHASES 2 | DONATIONS 3 | TOTAL 4 | DISPOSALS AND RETIREMENTS 5 | ENDING BALANCE 6 | |
|---|---|---|---|---|---|---|---|
| 1 LAND | | | | | | | 1 |
| 2 LAND IMPROVEMENTS | | | | | | | 2 |
| 3 BUILDINGS AND FIXTURES | 215736 | 287039 | | 287039 | | 503775 | 3 |
| 4 BUILDING IMPROVEMENTS | 301103 | 299852 | | 299852 | | 600955 | 4 |
| 5 FIXED EQUIPMENT | 517439 | 564891 | | 564891 | | 1100730 | 5 |
| 6 MOVABLE EQUIPMENT | 119379 | 190024 | | 190024 | | 311203 | 6 |
| 7 VEHICLES | | | | | | | 7 |
| 8 ACCOUNTSILING ITEMS | | | | | | | 8 |
| 9 TOTAL | 398460 | 396667 | | 396667 | | 794527 | 9 |

EXHIBIT ____ PAGE 33

PROVIDER NO. 37-1407     BONHAM CARE OF TULSA                    KPMG COMPU-MAX MICRO SYSTEM   VERSION: 2005-03
PERIOD FROM 01/01/2005 TO 12/31/2005                            Page 11     04/21/2006  09:42:19
                                    IN LIEU OF FORM CMS-1984-99 (09/2000)                       WORKSHEET A-8

ADJUSTMENTS TO EXPENSES

| DESCRIPTION | BASIS FOR ADJUSTMENT 1 | AMOUNT 2 | EXPENSE CLASSIFICATION ON WORKSHEET A TO/FROM WHICH THE AMOUNT IS TO BE ADJUSTED COST CENTER 3 | ADJUSTED LINE NO. 4 |
|---|---|---|---|---|
| 1  Investment income on restricted funds |  |  |  | 1 |
| 2  Telephone service (pay stations excluded) |  |  |  | 2 |
| 3  Adj resulting from related organization telecommission and home office costs |  |  |  | 3 |
| 4  Income - Employee meals, Guests | FROM WKS A-8-1 |  |  | 4 |
| 5  Income from interest, etc. charges or penalty charges |  |  |  | 5 |
| 6  Bad Debts Included on Trial Balance |  |  |  | 6 |
| 7  Patient Personal Purchases |  |  |  | 7 |
| 8  Miscellaneous Adjustments |  |  |  | 8 |
| 9  Depreciation - Buildings and fixtures |  | 190024 | Cap Rel Costs - Bldg & Fixt | 1  9 |
| 10  Depreciation - movable equipment |  |  | Cap Rel Costs - Movble Equip | 2  10 |
| 11  TOTAL |  | 190024 |  | 11 |

EXHIBIT C PAGE 34



PROVIDER NO. 37-1607     BROKEN ARROW CARE OF TULSA
PERIOD FROM 04/01/2005 TO 12/31/2005

HCRIS COMPU-MAX MICRO SYSTEM    VERSION: 2005.03
IN LIEU OF FORM CMS-1984-99 (09/2000)   Page 12    04/21/2006  09:42:19

WORKSHEET A-8-1

STATEMENT OF COSTS OF SERVICES FROM RELATED ORGANIZATIONS AND/OR HOME OFFICES

B. COSTS INCURRED AND ADJUSTMENTS REQUIRED AS A RESULT OF TRANSACTIONS WITH RELATED ORGANIZATIONS
   OR THE CLAIMING OF HOME OFFICE COSTS, AND/OR RELATED ORGANIZATION:

| LINE NO. 1 | COST CENTER 2 | EXPENSE ITEMS 3 | AMOUNT ALLOWABLE IN COST 4 | AMOUNT 5 | NET ADJUSTMENTS 6 |
|---|---|---|---|---|---|
| 1 | | | | | 1 |
| 2 | | | | | 2 |
| 3 | | | | | 3 |
| 4 | | | | | 4 |
| 5 | | | | | 5 |

TOTALS

C. INTERRELATIONSHIP OF PROVIDER TO RELATED ORGANIZATION(S):

THE SECRETARY, BY VIRTUE OF AUTHORITY GRANTED UNDER SECTION 1814(b)(1) OF THE SOCIAL SECURITY ACT, REQUIRES THAT YOU
FURNISH THE INFORMATION REQUESTED ON PART C OF THIS WORKSHEET.

YOU INFORMATION IS USED BY THE HEALTH CARE FINANCING ADMINISTRATION AND ITS INTERMEDIARIES IN DETERMINING THAT THE
COSTS APPLICABLE TO SERVICES, FACILITIES AND SUPPLIES FURNISHED BY ORGANIZATIONS RELATED TO YOU BY COMMON OWNERSHIP
OR CONTROL, REPRESENT REASONABLE COSTS AND AUTHORIZED UNDER SECTION 1861 OF THE SOCIAL SECURITY ACT. IF YOU DO NOT
PROVIDE ALL OR ANY PART OF THE REQUESTED INFORMATION, THE COST REPORT WILL BE CONSIDERED INCOMPLETE AND NOT
ACCEPTABLE FOR PURPOSES OF CLAIMING REIMBURSEMENT UNDER TITLE XVIII.

-------- RELATED ORGANIZATION(S) AND/OR HOME OFFICE --------

| SYMBOL 1 | NAME 2 | PERCENT OF OWNERSHIP 3 | NAME 4 | PERCENT OF OWNERSHIP 5 | TYPE OF BUSINESS 6 |
|---|---|---|---|---|---|
| 1 | | | | | 1 |
| 2 | | | | | 2 |
| 3 | | | | | 3 |
| 4 | | | | | 4 |
| 5 | | | | | 5 |

(1) USE THE FOLLOWING SYMBOLS TO INDICATE THE INTERRELATIONSHIP TO RELATED ORGANIZATIONS:

A.  INDIVIDUAL HAS FINANCIAL INTEREST (STOCKHOLDER, PARTNER, ETC.) IN BOTH RELATED ORGANIZATION AND IN PROVIDER.
B.  CORPORATION, PARTNERSHIP OR OTHER ORGANIZATION HAS FINANCIAL INTEREST IN PROVIDER.
C.  PROVIDER HAS FINANCIAL INTEREST IN CORPORATION, PARTNERSHIP, OR OTHER ORGANIZATION.
D.  DIRECTOR, OFFICER, ADMINISTRATOR, OR OTHER KEY PERSON OF PROVIDER, OR RELATIVE OF SUCH PERSON HAS FINANCIAL
    INTEREST IN RELATED ORGANIZATION.
E.  INDIVIDUAL IS DIRECTOR, OFFICER, ADMINISTRATOR, OR OTHER KEY PERSON OF PROVIDER AND RELATED ORGANIZATION.
F.  DIRECTOR, OFFICER, ADMINISTRATOR, OR OTHER KEY PERSON OF RELATED ORGANIZATION, OR RELATIVE OF SUCH PERSON
    HAS FINANCIAL INTEREST IN PROVIDER.
G.  OTHER (FINANCIAL OR NONFINANCIAL) SPECIFY:

EXHIBIT __C__ PAGE _35_

REPORTER NO. 37-1607    SOONCARE CARE OF TULSA
PERIOD FROM 01/01/2005 TO 12/31/2005

IN LIEU OF FORM CMS-1984-99 (04/1993)

HCRIS CROSS-WALK MICRO SYSTEM    VERSION 2005.03
Page 13    04/21/2006    09:14:19

WORKSHEET B

COST ALLOCATION - GENERAL SERVICE COSTS

| COST CENTER DESCRIPTIONS | NET EXP FOR COST ALLOCATION 0 | CAPITAL BLDGS & FIXTURES 1 | CAPITAL MOVABLE EQUIPMENT 2 | PLANT OPER. & MAINT 3 | TRANS-PORTA-TION 4 | VOLUNTEER SERVICE COORDI. 5 | SUBTOTAL 6A | ADMINI-STRATIVE & GENERAL 6 | |
|---|---|---|---|---|---|---|---|---|---|
| GENERAL SERVICE COST CENTERS | | | | | | | | | 1 |
| Cap Rel Costs - Bldg & Fixt | 217924 | 217924 | | | | | | | 2 |
| Cap Rel Costs - Mov & Equip | 190984 | | 190984 | | | | | | 3 |
| Plant Operation and Maintenance | 7505 | | | 7505 | | | | | 4 |
| Transportation | | | | | | | | | 5 |
| Volunteer Services | | | | | | | | | 6 |
| Administrative & General | 71286 | 34194 | 29962 | 1178 | | | 5937154 | 5937154 | 7 |
| HOSPICE CARE SERVICE | 5799034 | | | | | | | | |
| Inpatient - General Care | 205619 | 205619 | | | | | | 205019 | 10 |
| Inpatient - Respite Care | 86428 | 86428 | | | | | | 86428 | 57590 | 11 |
| VISITING SERVICES | | | | | | | | | |
| Physicians Services | 232379 | | | | | | 232379 | 154846 | 15 |
| Nursing Care | 3554179 | 66943 | 54657 | 2304 | | | 3682083 | 2463562 | 16 |
| Physical Therapy | 10424 | | | | | | 10424 | 6946 | 17 |
| Occupational Therapy | | | | | | | | | 18 |
| Speech / Language Pathology | | | | | | | | | 19 |
| Medical Social Services | 597306 | 28655 | 25109 | 907 | | | 442256 | 427834 | 20 |
| Spiritual Counseling | 408987 | 28855 | 25109 | 987 | | | 335218 | 356977 | 21 |
| Dietary Counseling | | | | | | | | | 22 |
| COUNSELING - OTHER | 31870 | | | | | | 31870 | 21327 | 23 |
| Home Health Aide and Homemaker | 1545173 | 28855 | 23109 | 987 | | | 1593924 | 1063114 | 24 |
| Other Visiting Services | 18363 | | | | | | 18363 | 12236 | 25 |
| OTHER HOSPICE SERVICE COSTS | | | | | | | | | |
| Drugs, Biologicals, Infusion Thera | 827976 | | | | | | 827976 | 551724 | 30 |
| Durable Medical Equipment/Oxyge | 565531 | | | | | | 565531 | 374178 | 31 |
| Patient Transportation | 23073 | | | | | | 23073 | 15375 | 32 |
| Imaging Services | | | | | | | | | 33 |
| Labs and Diagnostics | 35958 | 7224 | 6330 | 249 | | | 35958 | 23961 | 34 |
| Med Supplies Charged to Patient | 298511 | | | | | | 311214 | 207385 | 35 |
| Outpatient Services (Inc ER Dep | 44731 | | | | | | 44731 | 29807 | 36 |
| Radiation Therapy | 2160 | | | | | | 2160 | 1439 | 37 |
| Chemotherapy | 13023 | | | | | | 13023 | 8678 | 38 |
| Other Hospice Service Cost Cent | | | | | | | | | 39 |
| HOSPICE NONREIMBURSABLE SERV | | | | | | | | | 50 |
| Bereavement Program Costs | 9622 | 9842 | 8640 | 332 | | | 18404 | 12264 | 51 |
| Volunteer Program Cost | 13966 | 13966 | 12238 | 481 | | | 26665 | 17782 | 52 |
| Fundraising | | | | | | | | | 53 |
| Other Miscellaneous Costs Centers | | | | | 7309 | 71986 | | 5937154 | 100 |
| TOTAL | 11847003 | 217924 | 190954 | 7309 | | 71986 | 11847003 | 5937154 | |

EXHIBIT ___C___ PAGE ___36___

KPMG COMPU-MAX MICRO SYSTEM    VERSION: 2005.03
Page 14    04/21/2006    09:42:19
WORKSHEET B

PROVIDER NO. 37-1820    SOONER CARE OF TULSA
PERIOD FROM 01/01/2005 TO 12/31/2005

IN LIEU OF FORM CMS-1984-99 (04/1999)

COST ALLOCATION - GENERAL SERVICE COSTS

| COST CENTER DESCRIPTIONS | TOTAL | |
|---|---|---|
| | 7 | |
| GENERAL SERVICE COST CENTERS | | 1 |
| Cap Rel Costs - Bldg & Fixt | | 2 |
| Cap Rel Costs - Mov'e Equip | | 3 |
| Plant Operation and Maintenance | | 4 |
| Transportation - Staff | | 5 |
| Volunteer Services | | 6 |
| Administrative & General | | 10 |
| INPATIENT CARE SERVICE | | 11 |
| Inpatient - General Care | 31634 | |
| Inpatient - Respite Care | 144000 | |
| VISITING SERVICES | | 15 |
| Physicians Services | 287225 | 16 |
| Nursing Care | 6156463 | 17 |
| Physical Therapy | 17970 | 18 |
| Occupational Therapy | | 19 |
| Speech / Language Pathology | 1609892 | 20 |
| Medical Social Services | 862695 | 21 |
| Spiritual Counseling | | 22 |
| Dietary Counseling | 53107 | 23 |
| COUNSELING - OTHER | 2445298 | 24 |
| Home Health Aide and Homemaker | 30939 | 25 |
| Other Visiting Services | | |
| OTHER HOSPICE SERVICE COSTS | | 30 |
| Drugs, Biologicals, Infusion Ther | 1379500 | 31 |
| Durable Medical Equipment/Oxygen | 925209 | 32 |
| Patient Transportation | 38448 | 33 |
| Imaging Services | | 34 |
| Labs and Diagnostics | 50919 | 35 |
| Out Supplies Charged to Patient | 530209 | 36 |
| Outpatient Services (inc ZZ% Re | 76238 | 37 |
| Radiation Therapy | 3509 | 38 |
| Chemotherapy | 21701 | 39 |
| Other Hospice Service Cost Cent | | 50 |
| HOSPICE ADMINISTRATIVE SERV | | 51 |
| Bereavement Program Costs | 35668 | 52 |
| Volunteer Program Cost | 44447 | 53 |
| Fundraising | | |
| Other Nonreimbure Costs Centers | | 100 |
| TOTAL | 11847093 | |

EXHIBIT C PAGE 37

PROVIDER NO. 37-1607     SOONERS CARE OF TULSA
PERIOD FROM 01/01/2005 TO 12/31/2005

HHHC COMPUTE-MAX MEDRO SYSTEM     VERSION: 2005.03
IN LIEU OF FORM CMS-1984-99 (04/1999)     Page 15     04/21/2006   09:42:19
WORKSHEET B-1

COST ALLOCATION - STATISTICAL BASIS

| COST CENTER DESCRIPTIONS | CAPITAL BLDGS & FIXTURES SQUARE FEET 1 | CAPITAL MOVABLE EQUIPMENT DOLLAR VALUE 2 | PLANT OPER & MAINT SQUARE FEET 3 | TRANS- PORTA- TION MILEAGE 4 | VOLUNTEER SERVICE COORDI- NATOR HOURS OF SERVICE 5 | RECONCIL- IATION 6A | ADMINIS- TRATIVE & GENERAL ACCUM COST 6 | |
|---|---|---|---|---|---|---|---|---|
| GENERAL SERVICE COST CENTERS | | | | | | | | 1 |
| Cap and Rel Costs - Bldg & Fixt | | | | | | | | 2 |
| Cap Rel Costs - Mvbl Equip | | | | | | | | 3 |
| Plant Operation and Maintenance | 22625 | | 22625 | | | | | 4 |
| Transportation - Staff | | | | | | | | 5 |
| Volunteer Services | | | | | | | 690929 | 6 |
| Administrative & General | 3560 | 3550 | 3550 | | | -5537114 | | 7 |
| Inpatient - General Care | | | | | 6601 | 6601 | 205019 | 10 |
| Inpatient - Routine Care | | | | | | | 86420 | 11 |
| VISITING SERVICES | | | | | | | | |
| Physician Services | 6950 | 6950 | 6950 | | | | 232279 | 15 |
| Nursing Care | | | | | | | 3461083 | 16 |
| Physical Therapy | | | | | | | 10414 | 17 |
| Occupational Therapy | | | | | | | | 18 |
| Speech/Language Pathology | 2975 | 2975 | 2975 | | | | 642056 | 19 |
| Medical Social Services | 2975 | 2975 | 2975 | | | | 533718 | 20 |
| Spiritual Counseling | | | | | | | | 22 |
| Dietary Counseling | | | | | | | 31870 | 23 |
| COUNSELING - OTHER | 2975 | 2975 | 2975 | | | | 159994 | 24 |
| Home Health Aide and Homemaker | | | | | | | 13063 | 25 |
| Other Visiting Services | | | | | | | | |
| OTHER HOSPICE SERVICE COSTS | | | | | | | 827876 | 30 |
| Drugs, Biological includes Infu | | | | | | | 561531 | 31 |
| Durable Medical Equipment/Oxyge | | | | | | | 22073 | 32 |
| Patient Transportation | | | | | | | | 33 |
| Imaging Services | | | | | 750 | | 35958 | 34 |
| Labs and Diagnostics | 750 | 750 | 750 | | | | 312128 | 35 |
| Med Supplies Charged to Patient | | | | | | | 44735 | 36 |
| Supplies/Services Incl E/A Dm | | | | | | | 2160 | 37 |
| Radiation Therapy | | | | | | | 13003 | 38 |
| Chemotherapy | | | | | | | | 39 |
| Other Hospice Service Cost Cent | | | | | | | | |
| HOSPICE NONREIMBURSABLE SERV | 1600 | 1600 | 1600 | | | | 18104 | 50 |
| Inpatient Program Costs | 1450 | 1450 | 1450 | | | | 24686 | 51 |
| Volunteer Program Cost | | | | | | | | 52 |
| Fundraising | | | | | | | | 53 |
| Gross Nonreimbursable Centers | 217924 | 180954 | 7565 | 71906 | | | 5937354 | 100 |
| COST TO BE ALLOCATED | 8.439596 | 8.439596 | | | | | | 101 |
| UNIT COST MULTIPLIER | 6.632600 | | 0.331713 | 10.805317 | | | 0.6603303 | 101 |

EXHIBIT ___ PAGE 38

PROVIDER NO. 37-1609?        COUNTRY CARE OF TULSA
PERIOD FROM 01/01/2005 TO 12/31/2005

HCNG COMPU-MAX HCDS SYSTEM    VERSION 2005.03
IN LIEU OF FORM CMS-1984-99 (04/1999)    Page 16    04/27/2006  09:42:19
WORKSHEET B-1

COST ALLOCATION - STATISTICAL BASIS

COST CENTER DESCRIPTIONS

| | |
|---|---|
| GENERAL SERVICE COST CENTERS | |
| Cap Rel Costs - Bldg & Fixt | 1 |
| Cap Rel Costs - Movable Equip | 2 |
| Plant Operation and Maintenance | 3 |
| Transportation - Staff | 4 |
| Volunteer Services | 5 |
| Administrative & General | 6 |
| INPATIENT CARE SERVICE | |
| Inpatient - General Care | 10 |
| Inpatient - Respite Care | 11 |
| VISITING SERVICES | |
| Physicians Services Cost | 15 |
| Nursing Care | 16 |
| Physical Therapy | 17 |
| Occupational Therapy | 18 |
| Speech / Language Pathology | 19 |
| Medical Social Services | 20 |
| Spiritual Counseling | 21 |
| Dietary Counseling | 22 |
| COUNSELING - OTHER | 23 |
| Home Health Aide and Homemaker | 24 |
| Other Visiting Services | 25 |
| OTHER HOSPICE SERVICE COSTS | |
| Drugs Biological, Infusion Thera | 30 |
| Durable Medical Equipment/Oxyge | 31 |
| Patient Transportation | 32 |
| Imaging Services | 33 |
| Labs and Diagnostics | 34 |
| Med Supplies Charged to Patient | 35 |
| Outpatient Services (Inc E/R Ba | 36 |
| Radiation Therapy | 37 |
| Chemotherapy | 38 |
| Other Hospice Service Cost Cent | 39 |
| NONREIMBURSABLE SERV | |
| Bereavement Program Costs | 50 |
| Volunteer Program Cost | 51 |
| Fundraising | 52 |
| Other Nonreimbursable Costs Centers | 53 |
| COST TO BE ALLOCATED | 100 |
| UNIT COST MULTIPLIER | 101 |
| UNIT COST MULTIPLIER | 101 |

EXHIBIT C PAGE 39

PROVIDER NO. 37-1607    SHILOH CARE OF TULSA
PERIOD FROM 01/01/2005 TO 12/31/2005

YKHG COMPU-MAX MICRO SYSTEM   VERSION: 2005.03
IN LIEU OF FORM CMS-1984-99 (09/2000)    Page 17   04/21/2006 09:42:19

WORKSHEET D

CALCULATION OF PER DIEM COST

| | TITLE XVIII 1 | TITLE XIX 2 | OTHER 3 | TOTAL 4 | |
|---|---|---|---|---|---|
| 1 TOTAL COST | | | | 14047083 | 1 |
| 2 TOTAL UNDUPLICATED DAYS | | | | 123905 | 2 |
| 3 AVERAGE COST PER DIEM | | | | 121.79 | 3 |
| 4 UNDUPLICATED MEDICARE DAYS | 112747 | | | | 4 |
| 5 AVERAGE MEDICARE COST | 13731457 | | | | 5 |
| 6 UNDUPLICATED MEDICAID DAYS | | | | | 6 |
| 7 AVERAGE MEDICAID COST | | | | | 7 |
| 8 UNDUPLICATED SNF DAYS | | | | | 8 |
| 9 AVERAGE SNF COST | | | | | 9 |
| 10 UNDUPLICATED NF DAYS | | | | | 10 |
| 11 AVERAGE NF COST | | | | | 11 |
| 12 OTHER UNDUPLICATED DAYS | | | 9158 | | 12 |
| 13 AVERAGE COST FOR OTHER DAYS | | | 1115353 | | 13 |

EXHIBIT __C__ PAGE __40__

PROVIDER NO. 37-1497    SHADOW CARE OF TULSA
PERIOD FROM 01/01/2005 TO 12/31/2005

IN LIEU OF FORM CMS-1984-99 (4/79)    HCMS CONID-MAX MICRO SYSTEM    VERSION 2005.03
Page 18    04/21/2006    09:14:19

BALANCE SHEET    WORKSHEET G

| ASSETS (UNIT CENTS) | GENERAL FUND 1 | SPECIFIC PURPOSE FUND 2 | ENDOWMENT FUND 3 | PLANT FUND 4 | |
|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | |
| 1  Cash on hand and in banks | 249106 | | | | 1 |
| 2  Temporary investments | | | | | 2 |
| 3  Notes receivable | 1755566 | | | | 3 |
| 4  Accounts receivable | | | | | 4 |
| 5  Other receivables | | | | | 5 |
| 6  Less allowances for uncollectible notes and accounts receivable | | | | | 6 |
| 7  Inventory | 209933 | | | | 7 |
| 8  Prepaid expenses | | | | | 8 |
| 9  Other current assets | | | | | 9 |
| 10  Due from other funds | | | | | 10 |
| 11  TOTAL CURRENT ASSETS (Sum of lines 1-10) | 2254705 | | | | 11 |
| FIXED ASSETS | | | | | |
| 12  Land | | | | | 12 |
| 13  Land improvements | | | | | 13 |
| 14  Less: Accumulated depreciation | | | | | 14 |
| 15  Buildings | | | | | 15 |
| 16  Less: Accumulated depreciation | | | | | 16 |
| 17  Leasehold improvements | | | | | 17 |
| 18  Less: Accumulated amortization | | | | | 18 |
| 19  Fixed equipment | 503770 | | | | 19 |
| 20  Less: Accumulated depreciation | -96484 | | | | 20 |
| 21  Automobiles and trucks | | | | | 21 |
| 22  Less: Accumulated depreciation | | | | | 22 |
| 23  Major movable equipment | 622083 | | | | 23 |
| 24  Less: Accumulated depreciation | -226198 | | | | 24 |
| 25  Minor equipment-nondepreciable | | | | | 25 |
| 26  Total fixed assets | 12237 | | | | 26 |
| 27  TOTAL FIXED ASSETS (Sum of lines 12-26) | 1913594 | | | | 27 |
| OTHER ASSETS | | | | | |
| 28  Investments | 38893 | | | | 28 |
| 29  Deposits on leases | | | | | 29 |
| 30  Due from owners/officers | 143877 | | | | 30 |
| 31  Other assets | 182270 | | | | 31 |
| 32  TOTAL OTHER ASSETS (Sum of lines 28-31) | | | | | 32 |
| 33  TOTAL ASSETS (Sum of lines 11, 27 and 32) | 3320469 | | | | 33 |

EXHIBIT __C__ PAGE __41__

```
PROGRAM NO. 13-1601    ECONOMIC CASE OF TULSA                    KPMG COMP-U-MAX MICRO SYSTEM   VERSION: 2005.03
PERIOD FROM 01/01/2005 TO 12/31/2005      1N LIEU OF FORM CHS-1984-99 (4/99)      Page 19   04/21/2006  09:42:19
                                                                                              WORKSHEET G
```

(BALANCE SHEET (CONTINUED))

LIABILITIES AND FUND BALANCE
(UNIT COSTS)

| | GENERAL FUND 1 | SPECIFIC PURPOSE FUND 2 | ENDOWMENT FUND 3 | PLANT FUND 4 | |
|---|---|---|---|---|---|
| CURRENT LIABILITIES | | | | | |
| 34. Accounts payable | 355561 | | | | 34 |
| 35. Salaries, wages & fees payable | 361987 | | | | 35 |
| 36. Payroll taxes payable | | | | | 36 |
| 37. Notes & loans payable (short term) | | | | | 37 |
| 38. Deferred income | | | | | 38 |
| 39. Accumulated payments | | | | | 39 |
| 40. Due to other funds | | | | | 40 |
| 41. Other current liabilities | 2254698 | | | | 41 |
| 42. TOTAL CURRENT LIABILITIES (sum of lines 34-41) | 2972246 | | | | 42 |
| LONG-TERM LIABILITIES | | | | | |
| 43. Mortgage payable | 189719 | | | | 43 |
| 44. Notes payable | | | | | 44 |
| 45. Unfunded loans | | | | | 45 |
| 46a. Loans from owners prior to 7/1/66 | | | | | 46A |
| 46b. Loans from owners on or after 7/1/66 | 420000 | | | | 46B |
| 47. Other long term liabilities | | | | | 47 |
| 49. TOTAL LONG TERM LIABILITIES (sum of lines 43-48) | 589719 | | | | 49 |
| 50. TOTAL LIABILITIES (sum of lines 42 and 49) | 3561985 | | | | 50 |
| CAPITAL ACCOUNTS | | | | | |
| 51. General fund balance | -252196 | | | | 51 |
| 52. Specific purpose fund | | | | | 52 |
| 53. Donor created-endowment fund balance-restricted | | | | | 53 |
| 54. Donor created-endowment fund balance-unrestricted | | | | | 54 |
| 55. Governing body created-endowment fund balance | | | | | 55 |
| 56. Plant fund balance-invested in plant | | | | | 56 |
| 57. Plant fund balance-reserve for plant improvement, replacement and expansion | | | | | 57 |
| 58. TOTAL FUND BALANCES (sum of lines 51-57) | -252196 | | | | 58 |
| 59. TOTAL LIABILITIES AND FUND BALANCES (sum of lines 50 and 58) | 3309469 | | | | 59 |

EXHIBIT ___C___ PAGE __42__

KPMG COMPU-MAX MICRO SYSTEM    VERSION: 2005.03
IN LIEU OF FORM CHR-1984-99 (4/99)    Page 10   04/21/2006  09:42:13
WORKSHEET G-1

REPOTTKER NO. 37-16573    DAUGHTER CARE OF TULSA
PERIOD FROM 01/01/2005 TO 12/31/2005

STATEMENT OF CHANGES IN FUND BALANCES

| | GENERAL FUND 1 | SPECIFIC PURPOSE FUND 2 | ENDOWMENT FUND 3 | PLANT FUND 4 |
|---|---|---|---|---|
| 1  Fund balances at beginning of period | | | | |
| 2  Net income (loss)(from Wkst G-2 line 16) | -905913 | | | |
| 3  Total (Sum of line 1 and line 2) | -905913 | | | |
| 4  ADDITIONS (CREDIT ADJUSTMENTS)(SPECI | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10  Total additions (Sum of items 4-9) | | | | |
| 11  Subtotal (line 3 plus line 10) | -905913 | | | |
| 12  DEDUCTIONS (DEBIT ADJUSTMENTS)(SPECI | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18  Total deductions (Sum of lines 12-17) | | | | |
| 19  Fund balance at end of period per balance sheet | -905913 | | | |

EXHIBIT  C  PAGE 43

PROVIDER NO. 37-1609        GOODWIN CARE OF TULSA
PERIOD FROM 01/01/2005 TO 12/31/2005

IN LIEU OF FORM CMS-1984-99 (09/2000)

HCFA COMPU-MAX HICDO SYSTEM    VERSION 2005.03
Page 21    04/21/2006   09:42:19
WORKSHEET G-2

STATEMENT OF PATIENT REVENUE AND NET INCOME

PART I - PATIENT REVENUES

GENERAL INPATIENT AND HOME CARE SERVICE LOCATION

| | TOTAL | |
|---|---|---|
| 1  GIP based | | 1 |
| 2  RF based | | 2 |
| 3  Home care | | 3 |
| 4  Other (see instructions) | 13946506 | 4 |
| 5  State Medicaid room & board | | 5 |
| 6  Total general inpatient revenues (Sum of lines 1,2,3 and 4) | 13946506 | 6 |

PART II - OPERATING EXPENSES

| | TOTAL | |
|---|---|---|
| 1  Operating Expenses (Ws Worksheet A, Col 6, line 100) | 14654259 | 1 |
| 2  DEPRECIATION | 190824 | 2 |
| 3  LOSS ON DISPOSAL OF ASSET | 5336 | 3 |
| 4 | | 4 |
| 5 | | 5 |
| 6 | | 6 |
| 7 | | 7 |
| 8  Total Additions (Sum of lines 2-7) | 196160 | 8 |
| 9  Deduct: (Specify) | | 9 |
| 10 | | 10 |
| 11 | | 11 |
| 12 | | 12 |
| 13 | | 13 |
| 14  Total Deductions (Sum of lines 9-13) | | 14 |
| 15  Total Operating Expenses (Sum of lines 1 and 8, minus line 14) | 14852419 | 15 |
| 16  Net Income (or Loss) for the period (line 6 minus line 15) | -905913 | 16 |

EXHIBIT _C_ PAGE _44_

37-1607

## EXPANSION OF SERVICES AND/OR BUSINESS

**All providers are to answer the following and attach it to the front of their submitted Form HCFA 339:**

■ Has your facility/business purchased a physician practice or any other entity during the current cost reporting year? _____NO_____

■ If yes, have you notified your Regional Office and fiscal intermediary? _____

■ If yes, has the state agency completed their survey and granted approval that the entity or physician practice purchased is considered provider-based? _____

■ If yes, is this included in your cost report as a provider-based entity? _____

EXHIBIT ___C___ PAGE __45__

## Sojourn Care, Inc.
### Trial Balance
#### As of December 31, 2005

| | Debit | Credit |
|---|---|---|
| Cash | 289,105.88 | |
| Accounts Receivable | 1,822,835.50 | |
| Allowance for Doubtful Accounts | | 76,260.75 |
| Notes Receivable | 9,091.61 | |
| Prepaid Expenses | 209,932.63 | |
| Deposits | 38,892.83 | |
| Furniture and Fixtures | 503,775.71 | |
| Computer Hardware & Office Equipment | 493,042.65 | |
| Computer Software | 107,911.84 | |
| Leasehold Improvements | 55,937.36 | |
| Accumulated Depreciation/Amortization | | 310,202.62 |
| Copyright | 21,528.97 | |
| Deferred Tax Asset | 143,877.00 | |
| Accounts Payable | | 355,560.56 |
| Accrued Expenses | | 2,472,807.78 |
| Deferred Tax Liability | | 143,877.00 |
| Note Payable Shareholder | | 400,000.00 |
| Wells Fargo Loan | | 40,000.24 |
| Note Payable - Concert | | 149,718.90 |
| Common Stock | | 4,297.61 |
| Series A Convertable Preferred | | 400.00 |
| Additional Paid in Capital | | 1,747,921.41 |
| Retained earnings | 1,099,203.57 | |
| Revenues | | 13,946,505.73 |
| Patient Care Labor | 4,490,896.38 | |
| Patient Care Employee Taxes & Benefits | 1,239,796.05 | |
| Contract Patient Care Staff | 21,555.94 | |
| Patient Care Travel | 567,713.52 | |
| Room and Board - GIP | 205,016.88 | |
| Room and Board - Respite | 86,427.51 | |
| Pharmacy | 785,266.50 | |
| Durable Medical Equipment | 561,531.18 | |
| Medical Supplies | 298,320.65 | |
| Infusion Services | 42,709.06 | |
| Radiation Therapy | 2,159.97 | |
| Chemotherapy | 13,023.38 | |
| Diagnostic Services | 17,758.42 | |
| Laboratory Services | 18,160.28 | |
| Rehabilitation Therapy | 10,423.50 | |
| Patient Transportation | 23,073.49 | |
| Other Outpatient Services | 44,730.56 | |
| G&A Salaries | 2,181,357.72 | |
| G&A Employee Taxes & Benefits | 390,259.88 | |
| Contract Labor G&A | 232,378.50 | |
| Employement Cost | 113,912.22 | |
| Systems Cost | 44,294.36 | |
| G&A Travel Expenses | 177,813.18 | |
| Entertainment & Promotion | 213,441.82 | |
| Insurance | 55,863.03 | |
| Professional Fees | 246,546.79 | |
| General Office Expenses | 210,635.15 | |
| Office Space | 225,428.75 | |
| Telephone | 150,294.87 | |
| Business Tax | 5,705.00 | |
| Interest Expense | 67,561.31 | |
| Interest Income | | 7,500.65 |
| Bad Debt | 34,850.00 | |
| Cap Allowance | 1,800,000.00 | |
| Bonus | 52,603.62 | |
| Gain/Loss - Asset Disposal | 5,335.90 | |
| Depreciation & Amortization | 192,928.50 | |
| TOTAL | $ 19,658,053.25 | $ 19,655,053.25 |

EXHIBIT C PAGE 46

Exhibit 1  CMS-339 Rev 4.0

KPMG LLP Q339 Ver 1.0 Submitted in Lieu of CMS-339 Rev 4.0

OMB NO. 0938-0301

This questionnaire is required under the authority of sections 1815(a) and 1833(e) of the Social Security Act.  Failure to submit this questionnaire will result in suspension of Medicare payments.

To the degree that the information in CMS-339: 1) constitutes commercial or financial information which is confidential, and/or 2) is of a highly sensitive personal nature, the information will be protected from release under the Freedom of Information Act.

**PROVIDER COST REPORT REIMBURSEMENT QUESTIONNAIRE (You MUST USE Instructions For Completing This Form Located In PRM-II, §§1100ff.)**

| | | | |
|---|---|---|---|
| Provider Name: | SOJOURN CARE OF TULSA | Provider Number: | 37-1607 |
| Filed with Form CMS- | _____ | Period: From | 1/1/2005 |
| (Other Specify) | 1984-99 | To | 12/31/2005 |

Additional Providers handled under this submission.

**INTENTIONAL MISREPRESENTATION OR FALSIFICATION OF ANY INFORMATION CONTAINED IN THIS QUESTIONNAIRE MAY BE PUNISHABLE BY FINE AND/OR IMPRISONMENT UNDER FEDERAL LAW**

**CERTIFICATION BY OFFICER OR ADMINISTRATOR OF PROVIDER(S)**

I HEREBY CERTIFY that I have read the above statement and that I have examined the accompanying information prepared by SOJOURN CARE OF TULSA     37-1607     (Provider name(s) and Number(s))
For the cost report period beginning  1/1/2005     and ending  12/31/2005    , and that to the best of my knowledge and belief, it is a true, correct and complete statement prepared from the books and records of the provider(s) in accordance with applicable instructions, except as noted.

(Signed) _____                    Date 5/1/2006          Title CFO
         Officer or Administrator of Provider(s)

Name and Telephone Number of Person to Contact for More Information
Renee Berryman  480-905-1346

NOTE: 42 CFR 413.20 and instructions contained in the PRM-1 require that the provider maintain adequate financial and statistical data necessary for the intermediary to use for a proper determination of costs payable under the program. Providers are, therefore, required to maintain and have available for audit all records necessary to verify the amounts and allowability of costs and equity capital included in the filed cost report.  Failure to have such records available for review by fiscal intermediaries acting under the authority of the Secretary of the Department of Health and Human Services will render the amount claimed in the cost report unallowable.

EXHIBIT C PAGE 47

Exhibit 1 CMS-339 Rev 4.0

**A. Provider Organization and Operation**

1. The provider has:

   a. Changed ownership? If "yes", submit name and address of new owner, date of change, copy of          No
      sales agreement, or any similar agreement affecting change of ownership.

   b. Terminated participation. If "yes", list date of termination, and reason (Voluntary/Involuntary).       No

2. There have been significant changes in management personnel during the cost reporting period. If         No
   "yes", attach list of names and positions.

3. The provider's organizational chart has changed. If "yes", submit copy and date of change.               No

4. The provider, members of the board of directors, officers, medical staff or management personnel are associated with or
   involved in business transactions with the following:

   a. Related organizations, management contracts and services under arrangements as owners                  No
      (stockholders), management, by family relationship, or any other similar type relationship.

   b. Management personnel of major suppliers of the provider (drug, medical supply companies, etc.).   No
      If "yes" to question 4a and/or 4b, attach a list of the individuals, the organizations involved, and
      description of the transactions.

5. The provider's Articles of Incorporation and/or Corporate By-Laws or partnership agreement have         No
   changed. If "yes", submit copy and date of change as well as a summary of expenses incurred (e.g.,
   Legal and Accounting).

**B. Financial Data and Reports**

1. During this cost reporting period, the financial statements are prepared by Certified Public             No
   Accountants or Public Accountants (submit complete copy or indicate available date) and are:

   a. Audited;          No

   b. Compiled; and     _____

   c. Reviewed.         _____

NOTE: Where there is no affirmative response to the above described financial statements, attach a copy of the financial statements prepared and
a description of the changes in accounting policies and practices if not mentioned in those statements.

2. Cost report total expenses and total revenues differ from those on the filed financial statement. If     No
   "yes", submit reconciliation.

3. The cost report was prepared by the provider's independent accountant or consultant. If "yes", list      No
   the preparers:

Exhibit 1  CMS-339 Rev 4.0

Name _____

Address _____

City _____

State _____

Zip _____

**C. Capital Related Cost**

1.  Assets have been relifed for Medicare purposes. If "yes", attach detailed listing of these specific    No
    assets, by classes, as shown in the Fixed Asset Register.

    NOTE: For cost reporting periods beginning on or after October 1, 1991 and before October 1, 2001, under the capital - PPS consistency rule
    (42 CFR 412.302 (d)), PPS hospitals are precluded from relifing old capital.

2.  Due to appraisals made during this cost reporting period, changes have occurred to Medicare    No
    depreciation expense. If "yes", attach copy of Appraisal Report and Appraisal Summary by class of
    asset.

3.  New leases and/or amendments to existing leases for land, equipment, or facilities with annual rental    Yes
    payment in excess of the amounts listed in the instructions, have been entered into during this cost
    reporting period.
    If "yes", submit a listing of these new leases and/or amendments to existing leases that have the
    following information:

    o A new lease or lease renewal;
    o Parties to the lease;
    o Period covered by the lease;
    o Description of the asset being leased; and
    o Annual charge by the lessor.

    NOTE: Providers are required to submit copies of the lease, or significant extracts, upon request from the intermediary.

4.  There have been new capitalized leases entered into during the current cost reporting period.    No
    If "yes", attach a list of the individual assets by class, the department assigned to, and respective
    dollar amounts for all capitalized leases in accordance with the thresholds discussed in the
    instructions.

5.  Assets which were subject to §2314 of DEFRA were acquired during the period. If "yes", supply a    No
    computation of the basis.

6.  Provider's capitalization policy changed during cost reporting period. If "yes", submit copy.    No

7.  Obligated capital has been placed into use during the cost reporting period. If "yes", attach schedule    No
    listing each project, the cost of these projects and the date placed into service for patient care.

8.  Provider's capital assets have been utilized for personal use. If "yes", submit detail of items    No

Page 3

EXHIBIT ___C___ PAGE ___49___

Exhibit 1  CMS-339 Rev 4.0

which are not reimbursed by the employee or not reported to the IRS as an element of the employee's compensation.

**D. Interest Expense**

1. New loan, mortgage agreements or letters of credit were entered into during the cost reporting period. If "yes", state the purpose and submit copies of debt documents and amortization schedules.    Yes _____

2. The provider has a funded depreciation account and/or bond funds (Debt Service Reserve Fund) treated as a funded depreciation account. If "yes", submit a detailed analysis of the funded depreciation account for the cost report period. (See CMS PRM-1, §226.4.)    No _____

3. Provider replaced existing debt prior to its scheduled maturity with new debt. If "yes", submit support for new debt and calculation of allowable cost. (See §233.3 for description of allowable cost.)    No _____

4. Provider recalled debt before scheduled maturity without issuance of new debt. If "yes", submit detail of debt cancellation costs. (See §215 for description and treatment of debt cancellation costs.)    No _____

**E. Insurance**

1. Provider has changed from an insurance program to self-insurance, changed funding arrangements, or significantly changed the deductible and copayment relationships. If "yes", submit a listing of appropriate insurance policies, agreements or contracts which reflect these changed arrangements.    No _____

NOTE: Providers are required to submit copies of the insurance policies, or significant extracts, upon request from the intermediary.

**F. Deferred Compensation and Pension**

1. A new plan has been instituted. If "yes", submit a copy of the plan and trustee agreement.    N/A _____

2. The existing deferred compensation plans are funded.    N/A _____

3. There has been a change to the existing deferred compensation or pension plan. If "yes", submit addendum.    N/A _____

4. The liability for payments to the Pension Plan is liquidated within the time frame established in §2142.6. If "no", attach explanation including date liquidated and amount involved.    N/A _____

5. All payments were supported by applicable actuarial reports.    N/A _____

Note: Providers are required to submit copies of the actuarial reports upon request of the intermediary.

Page 4

EXHIBIT ___C___ PAGE __50__

Exhibit 1  CMS-339 Rev-6.0

**G. Approved Educational Activities**

1.  Costs were claimed for Nursing School and Allied Health Programs.  If "yes", attach list of the programs and annotate for each whether the provider is the legal operator of the program.   N/A

2.  Approvals and/or renewals were obtained during this cost reporting period for Nursing School and/or Allied Health Programs. If "yes", submit copies.   N/A

3.  Provider has claimed Intern-Resident costs on the current cost report. If "yes", submit the current year Intern-Resident Information System (IRIS) on diskette.   N/A

4.  Provider has initiated an Intern-Resident program in the current year or obtained a renewal of an existing program. if "yes", submit certification/program approval.   N/A

5.  Graduate Medical Education costs have been directly assigned to cost centers other than the Intern-Resident Services in an Approved Teaching Program, on Worksheet A, Form CMS-2552. If "yes", submit appropriate workpapers indicating to which cost centers assigned and the amounts.   N/A

**H. Nonpaid Workers**

There are new agreements with the organization of nonpaid workers and/or changes to existing agreements. If "yes", submit copies.   No

**I. Purchased Services**

1.  Changes or new agreements have occurred in management and administrative services furnished through contractual arrangements with suppliers of services.
    If "yes", attach a list of positions filled and services purchased, vendor, and cost of services acquired.   No

    NOTE: Providers are required to submit copies of new contracts or changes, upon request from intermediary.

2.  Changes or new agreements have occurred in patient care services furnished through contractual arrangements with suppliers of services.
    If "yes", submit copies of changes or contracts, or where there are no written agreements, attach description.   No

    NOTE: Hospitals are only required to submit such information where the cost of the individual's services exceed $25,000 per year.

3.  The requirements of §2135.2 were applied pertaining to competitive bidding. If "no", attach explanation.   N/A

4.  Contract services are reported on Worksheet S-3, Part II, line 4.   N/A

    If yes, submit a schedule showing the total direct patient care related contract labor, hours and calculated rate for each invoice paid during the year for the direct patient care related contract labor reported on Worksheet S-3, Part II, line 4.

Page 5

EXHIBIT C PAGE 51

Exhibit 1 CMS-339 Rev 4.0

Contracted labor will include any wage related costs. The contracted amounts for the top four management personnel (CEO, CFO, COO and Nursing Administrator) are not required to be reported by individuals. The total aggregate wage and hours will be reported for these management contracts. Other contracts or contracts for other management personnel should NOT be reported as they are not allowed in the computation of the wage index.

**J. Provider-Based Physicians**

1. Services are furnished at the provider facility under an arrangement with provider-based    N/A_____
   physicians. If "yes", submit completed provider-based physician questionnaire (Exhibits 2 through
   4A).

2. The provider has entered into new agreements or amended existing agreements with provider-based    N/A_____
   physicians during this cost reporting period.
   If "yes", submit copies of new agreements or amendments to existing agreements and assignment
   authorizations.

**K. Home Office Costs**

1. The provider is part of a chain organization. If "yes", give full name and address of the home office:    No_____

   Name            _____
   Address         _____
   City            _____
   State           _____
   Zip             _____
   Designated Intermediary:   _____

2. A home office cost statement has been prepared by the home office.    N/A_____
   If "yes", submit a schedule displaying the entire chain's direct, functional and pooled cost as
   provided to the designated home office intermediary as part of the home office cost statement.

3. The fiscal year end of the home office is different from that of the provider. If "yes", indicate the    N/A_____
   fiscal year end of the home office.
   FYE _____

NOTE: Where the year ends of the provider and home office are not the same (nonconcurrent year ends), the summary listing, as described in number 2 above, will be necessary to support the provider's cost report.

4. Describe the operation of the intercompany accounts. Include in this description the types of costs included from these
   intercompany accounts and their location on the cost report.
   (Provide informative attachments not shown on Worksheet A-8-1).

5. Actual expense amounts are transferred by the home office to the provider components on an interim basis. (Provide
   informative attachments if not shown on Worksheet A-8-1.)

6. The provider renders services to:
   Other chain components.    N/A_____
   The home office.           N/A_____

Page 6

EXHIBIT _____ PAGE _52_

Exhibit 1 CMS-339 Rev 4.0

If "yes", to either of the above, provide informative attachments.

7.  Home Office or Related Organization personnel cost are reported on Worksheet S-3, Part II, Line 5.    N/A

If yes, submit a schedule displaying the wages, wage related costs, and hours allocated to the individual chain components as provided to the designated home office intermediary to support the amount reported on Worksheet S-3, Part II, line 5

**L. Bad Debts**

1.  The provider seeks Medicare reimbursement for bad debts. If "yes", complete Exhibit 5 or submit    N/A
    internal schedules duplicating documentation required on Exhibit 5 to support bad debts claimed.
    (see instructions)

2.  The provider's bad debt collection policy changed during the cost reporting period. If "yes",    N/A
    submit copy.

3.  The provider waives patient deductibles and/or copayments. If yes, insure that they are not    N/A
    included on Exhibit 5.

**M. Bed Complement**

The provider's total available beds have changed from prior cost reporting period. If "yes", provide    N/A
an analysis of available beds and explain any changes during the cost reporting period.

**N. PS&R Data**

Refer to the instructions regarding required documentation and attachments.

1.  The cost report was prepared using the PS&R only?

    a) Part A (including subproviders, SNF, etc.)?    N/A

    b) Part B (inpatient and outpatient).    N/A

    If yes, attach a crosswalk between revenue codes and charges found on the PS&R to the cost center groupings on the cost report.  This crosswalk will reflect a cost center to revenue code match only.

2.  The cost report was prepared using the PS&R for totals and the provider records for allocation.

    a) Part A (including subproviders, SNF, etc).    Yes

    b) Part B (inpatient and outpatient).    N/A

    If yes, include a detailed crosswalk between revenue codes, departments and charges on the PS&R to the cost center groupings on the cost report.  This crosswalk must include which revenue codes were allocated to each cost center.  Supporting workpapers must accompany this crosswalk to provide sufficient documentation as to the accuracy of the provider records.

    If the PS&R is used for the allocation of ASC, Radiology, Other Diagnostic, and All Other Part B, explain how the total charges are detailed to the various PS&R Medicare outpatient types.  Include workpapers supporting the allocation of charges into the various cost centers.  If internal records are used for either the type of service breakdown or the charge allocation, the source of this information must be included in the documentation.

Page 7                    EXHIBIT C PAGE 53

Exhibit 1  CMS-339 Rev 4.0

3. Provider records only were used to complete the cost report?

    **a)** Part A (including subproviders, SNF, etc.).    No

    **b)** Part B (inpatient and outpatient).    N/A

If yes, attach detailed documentation of the system used to support the data reported on the cost report. <u>If the detail</u> <u>documentation was previously supplied, submit only necessary updated documentation.</u>  The minimum requirements are:

    - Copies of input tables, calculations, or charts supporting data elements for PPS operating rate components, capital PPS rate components, ASC payment group rates, Radiology and Other Diagnostic prevailing rates and other claims PRICING i nformation.

    - Log summaries and log detail supporting program utilization statistics, charges, prevailing rates and payment information broken into each Medicare bill type in a consistent manner with the PS&R.

    - Reconciliation of remittance totals to the provider consolidated log totals.

    Additional information may be supplied such as narrative documentation, internal flow charts, or outside vendor informational material.

    Include the name of the system used and indicate how the system was maintained (vendor or provider).  If the provider maintained the system, include date of last software update.

4. If yes to questions 1 or 2 above, were any of the following adjustments made to the Part A PS&R    No data?

    **Part A:**

    **a)** If Addition of claims billed but not on PS&R?  Indicate the paid claims through date from the    No PS&R used and the final pay date of the claims that supplement the original PS&R.

    Also indicate the total charges for the claims added to the PS&R. Include a summary of the unpaid claims log.

    **b)** Correction of other PS&R information?    No

    **c)** Late charges?    No

    **d)** Other (describe)?    No

    **Part B (inpatient and outpatient)**

    **a)** Addition of claims billed but not on PS&R? Indicate the paid claims through date from the PS&R    No used and the final pay date of the claims that supplement the original PS&R.

    Also indicate the total charges for the claims added to the PS&R. Include a summary of the unpaid claims log.

    **b)** Correction of other PS&R information?    No

    **c)** Late charges?    No

    **d)** Other (describe)?    No

Attach documentation which provides an audit trail from the PS&R to the cost report.  The documentation should include the details of the PS&R, reclassifications, adjustments, and groupings necessary to trace to the cost center totals and in addition, for outpatient services, there should be an audit trail from the PS&R to the amounts shown on the cost report for outpatient charges by ASC, radiology, other diagnostic and all other service categories including standard overhead amounts and prevailing charges.

EXHIBIT C PAGE 54

Exhibit I  CMS-339 Rev 4.0

**O. Owners/Management Personnel Compensation**

Complete Exhibit 6 (per instructions), for the following:

  a. Owners,
  b. Management,
  c. Relatives of Owners.


**P. Wage Related Costs**

**1.** Complete EXHIBIT 7, Part I. (Per instructions)  Part III must be completed to reconcile any differences between any fringe benefit cost reported on Worksheet A, Column 2, using Medicare principles and the corresponding wage related costs reported under GAAP for purposes of the wage index computation.

**2.** The individual wage related cost exceeds one percent of total adjusted salaries after removing excluded salaries. (Salaries reported on Worksheet S-3, Part II, line 3, Col. 3.)                    N/A

**3.** Additional wage related costs were provided that meet ALL of the following tests:

  **a.** The cost is not listed on Part I of EXHIBIT 7.                                                          N/A

  **b.** If any of the additional wage related cost applies to the excluded areas of the hospital, the cost associated with the excluded areas has been removed prior to making the 1 percent threshold test in question 2 above.                    N/A

  **c.** The wage related cost has been reported to the IRS, as a fringe benefit if so required by the IRS.        N/A

  **d.** The individual wage related cost is not included in salaries reported on the S-3, Part II, line 3, Col. 3.                    N/A

  **e.** The wage related cost is not being furnished for the convenience of the employer.                        N/A

EXHIBIT __C__ PAGE 55

Exhibit 1 CMS-339 Rev 4.0

Attachment for Section C, Question 3

Sojourn Care (Leasee) and KWIRP-Tulsa Associates, L.P. (Lessor)
Valley Ridge Partners Amendment for additional office space
Beg Date 8/1/05 to end date 10/31/11
Annual charge 142,223
New Lease: Drumright Industrial Authority
7/1/05 to 6/30/10
Annual charge 6,000

EXHIBIT __C__ PAGE __56__

**Attachment for Section D, Question 1**

Loan:      Concert Business Group
Amount:    $76,899.98
Purpose:   Furniture purchase

EXHIBIT ___C___ PAGE ___51___

Page 1 of

## Loan Calculator Results

### Loan summary

| | |
|---|---|
| Monthly payment | $6,761 |
| Loan amount | $76,900.00 |
| Interest rate | 10.00% |
| Term | 12 |

### Payment schedule

| # | Payment | Principal | Interest | Loan balance |
|---|---------|-----------|----------|--------------|
| 1 | $6,761 | $6,120 | $641 | $70,780 |
| 2 | $6,761 | $6,171 | $590 | $64,609 |
| 3 | $6,761 | $6,222 | $538 | $58,387 |
| 4 | $6,761 | $6,274 | $487 | $52,113 |
| 5 | $6,761 | $6,326 | $434 | $45,786 |
| 6 | $6,761 | $6,379 | $382 | $39,407 |
| 7 | $6,761 | $6,432 | $328 | $32,975 |
| 8 | $6,761 | $6,486 | $275 | $26,489 |
| 9 | $6,761 | $6,540 | $221 | $19,949 |
| 10 | $6,761 | $6,594 | $166 | $13,354 |
| 11 | $6,761 | $6,649 | $111 | $6,705 |
| 2 | $6,761 | $6,705 | $56 | $0 |

Information and interactive calculators are made available to you as self-help tools for your independent use. We can not and do not guarantee their accuracy or their applicability to your circumstances. We encourage you to seek personalized advice from qualified professionals regarding all person finance issues.

EXHIBIT C  PAGE 58

http://www.financialpowertools.com/amortization_calculator/          4/12/200

Exhibit 6 CMS-339 Rev 4

Provider Name:      SOJOURN CARE OF TULSA

Provider Number:    37-1607

FYE:                12/31/2005

## PROVIDERS OWNER'S / MANAGEMENT PERSONNEL COMPENSATION EXHIBIT

A separate exhibit must be completed and signed by each owner and any relatives of the owner(s), employed by the provider as well as all management personnel. (Management personnel are limited to the top 10 compensated individuals.) Please read instructions in Section O before completing this form.

CMS considers the compensation information to be confidential, and therefore, qualifying for exemption from disclosure under the Freedom of Information Act, and specifically under 5 U.S.C. §552(b)(4).  The compensation information also qualifies for exemption from disclosure under 5 U.S.C. §552(b)(6) which covers "personnel and medical files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy."  An individual's compensation is a personal matter, and its release would be an invasion of privacy.  Accordingly, CMS will not release, or make available to the public, compensation information collected.

1.  Name of individual       ▓▓▓▓▓▓▓▓▓▓

    Title                    CHIEF EXECUTIVE OFFICER

    Is the individual a (an):

    Owner                    Yes

    Manager                  Yes

    Employee related to owner

    If related, indicate association to owner.

2.  Amount of compensation claimed:

    Salary                                           $254,409.95

    Fringe Benefits

    Pension

    Health Insurance                                 $14,605.00

    Life Insurance                                   $4,388.00

    Dental                                           $1,200.00

    Personal use of business assets

    Other (Specify)                                  $20,193.00

    Total benefits

    Total Compensation (should be the same           $274,602.95
    amount reported on the cost report)

    Payroll Related Taxes                            $9,269.00

    Number of Hours Worked                           >2080

3.  Is the employee employed in any other organization?           No

Page 1

EXHIBIT ___ PAGE 59

Exhibit 6 CMS-339 Rev 4

Is this organization related to the provider?          _____

If yes, complete the following:

    Name of Organization          _____
    Percent of Ownership          _____
    Title          _____
    Average # of hours worked per week          _____

    Annual Compensation received:
    Salary          _____
    Benefits          _____
    Total          $0.00

(If associated with multiple organizations, complete the attached supplemental schedule.)

4.  Furnish the following information describing the employee's functional responsibilities (fiscal, patient care, public relations, etc.) for the provider.

    **A.**  Is the employee responsible for the fiscal affairs of the provider?          Yes

        If so, Average hours per week          60
        Responsibility level          3. Equally shares duties
        Description of Duties:          CHIEF EXECUTIVE OFFICER

    **B.**  Is the employee responsible for Patient Care?          No

        If so, Average hours per week          _____
        Responsibility level          _____
        Description of Duties:          _____

    **C.**  Is the employee responsible for Public Relations at the provider?          Yes

        If so, Average hours per week          5
        Responsibility level          3. Equally shares duties
        Description of Duties:          CHIEF EXECUTIVE OFFICER

    **D.**  Other (Describe duties and number of hours):

5. Educational Background

Page 2          EXHIBIT ___C___ PAGE ___60___

Exhibit 6 CMS-339 Rev 4

**A.** Does the employee have an Undergraduate Degree?                    Yes _____

If so,

    College attended      BROWN UNIVERSITY

    Graduation date      1974

    Degree attained      AB

**B.** Does the employee have a Graduate Degree?                    Yes _____

If so,

    Graduate School      UNIVERSITY OF PENNSYLVANIA-WHARTON GRADUTATE SCHOOL

    Graduation date      1976

    Degree attained      MBA

**C.** Does the employee have any other formal educational training?                    No _____

    Other (Describe)    _____

**6.** Does the employee have Administrative/Supervisory experience?   Yes _____

If so,

List experience in an Administrative or Supervisory capacity.

| Type of Experience | Number of Years |
|---|---|
| HOSPICE - CEO | 4 |
| HOSPICE - CFO | 2 |
| HOSPITAL - CFO | 1 |
| RETAIL - PRESIDENT | 3 |
| CONSUMER GOODS - VP/CFO | 16 |

**7.** Submit the following items with this exhibit:

    **A)** Copy of Job Description

    **B)** Copy of W-2 Form

**Certification**

This is to certify that I acknowledge the information contained herein and appended, which will be used to determine a reasonable allowance for compensation, is correct to the best of my knowledge and belief. Further, I understand (1) such disclosure will be used in arriving at monies due to or from this provider of covered services to Medicare beneficiaries, and (2) that anyone who misrepresents or falsifies this essential information may upon conviction be subject to fine and/or imprisonment under Federal Law.

  4/24/2006

Signature of Individual    Date

Page 3

EXHIBIT C PAGE 61

Exhibit 6 CMS-339 Rev 4

Provider Name:     <u>SOJOURN CARE OF TULSA</u>

Provider Number:     <u>37-1607</u>

FYE:     <u>12/31/2005</u>

## PROVIDERS OWNER'S / MANAGEMENT PERSONNEL COMPENSATION EXHIBIT

A separate exhibit must be completed and signed by each owner and any relatives of the owner(s), employed by the provider as well as all management personnel. (Management personnel are limited to the top 10 compensated individuals.) Please read instructions in Section O before completing this form.

CMS considers the compensation information to be confidential, and therefore, qualifying for exemption from disclosure under the Freedom of Information Act, and specifically under 5 U.S.C. §552(b)(4). The compensation information also qualifies for exemption from disclosure under 5 U.S.C. §552(b)(6) which covers "personnel and medical files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy." An individual's compensation is a personal matter, and its release would be an invasion of privacy. Accordingly, CMS will not release, or make available to the public, compensation information collected.

1.    Name of individual     ███████████

      Title     <u>PRESIDENT & CHIEF</u> OPERATING OFFICER

      Is the individual a (an):

           Owner                <u>Yes</u>

           Manager             <u>Yes</u>

           Employee related to owner     <u>No</u>

           If related, indicate association to owner.     _____

2.    Amount of compensation claimed:

| | |
|---|---|
| Salary | <u>$258,274</u>.00 |
| Fringe Benefits | _____ |
| Pension | _____ |
| Health Insurance | <u>$14,969</u>.00 |
| Life Insurance | _____ |
| Dental | <u>$1,200</u>.00 |
| Personal use of business assets | _____ |
| Other (Specify) | _____ |
| Total benefits | <u>$16,169</u>.00 |
| Total Compensation (should be the same amount reported on the cost report) | <u>$274,443</u>.00 |
| Payroll Related Taxes | <u>$9,325</u>.00 |
| Number of Hours Worked | <u>>2080</u> |

3.    Is the employee employed in any other organization?     <u>No</u>

Page 1

EXHIBIT __C__ PAGE __62__

Exhibit 6 CMS-339 Rev 4

Is this organization related to the provider?   _____

If yes, complete the following:

Name of Organization   _____

Percent of Ownership   _____

Title   _____

Average # of hours worked per week   _____

Annual Compensation received:

Salary   _____

Benefits   _____

Total   $0.00   _____

(If associated with multiple organizations, complete the attached supplemental schedule.)

4.   Furnish the following information describing the employee's functional responsibilities (fiscal, patient care, public relations, etc.) for the provider.

**A.**   Is the employee responsible for the fiscal affairs of the provider?   Yes   _____

If so, Average hours per week   60   _____

Responsibility level   3. Equally shares duties   _____

Description of Duties:   CHIEF OPERATING OFFICER   _____

**B.**   Is the employee responsible for Patient Care?   Yes   _____

If so, Average hours per week   >40   _____

Responsibility level   2. Primary person but shares duties

Description of Duties:   PROGRAM ADMINISTRATOR & COMPLIANCE

**C.**   Is the employee responsible for Public Relations at the provider?   Yes   _____

If so, Average hours per week   10   _____

Responsibility level   2. Primary person but shares duties

Description of Duties:   _____

**D.**   Other (Describe duties and number of hours):

5.   Educational Background

EXHIBIT ___C___ PAGE ___63___

Exhibit 6 CMS-339 Rev 4

**A.** Does the employee have an Undergraduate Degree?                    Yes

If so,

College attended         WAYNE STATE UNIVERSITY

Graduation date          1973

Degree attained          BA

**B.** Does the employee have a Graduate Degree?                         Yes

If so,

Graduate School          MICHIGAN STATE UNIVERSITY

Graduation date          1989

Degree attained          MBA

**C.** Does the employee have any other formal educational training?     No

Other (Describe)         _____

6. Does the employee have Administrative/Supervisory experience?   Yes

If so,
   List experience in an Administrative or Supervisory capacity.

| Type of Experiance | Number of Years |
|---|---|
| HOSPICE - PRESIDENT | 4 |
| HOSPICE - COO | 6 |
| PRACTICE MGMT COO | 2 |
| HOSPICE COO | 8 |
| HOSPITAL ASSOC. ADMIN | 10 |

7. Submit the following items with this exhibit:

   **A)** Copy of Job Description
   **B)** Copy of W-2 Form

**Certification**

This is to certify that I acknowledge the information contained herein and appended, which will be used to determine a reasonable allowance for compensation, is correct to the best of my knowledge and belief.  Further, I understand (1) such disclosure will be used in arriving at monies due to or from this provider of covered services to Medicare beneficiaries, and (2) that anyone who misrepresents or falsifies this essential information may upon conviction be subject to fine and/or imprisonment under Federal Law.



4/24/06

Signature of Individual        Date

Page 3              EXHIBIT ___ C ___ PAGE ___ 64 ___

Exhibit 6 CMS-339 Rev 4

Provider Name:         SOJOURN CARE OF TULSA

Provider Number:      37-1607

FYE:                   12/31/2005

## PROVIDERS OWNER'S / MANAGEMENT PERSONNEL COMPENSATION EXHIBIT

A separate exhibit must be completed and signed by each owner and any relatives of the owner(s), employed by the provider as well as all management personnel. (Management personnel are limited to the top 10 compensated individuals.) Please read instructions in Section O before completing this form.

CMS considers the compensation information to be confidential, and therefore, qualifying for exemption from disclosure under the Freedom of Information Act, and specifically under 5 U.S.C. §552(b)(4). The compensation information also qualifies for exemption from disclosure under 5 U.S.C. §552(b)(6) which covers "personal and medical files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy." An individual's compensation is a personal matter, and its release would be an invasion of privacy. Accordingly, CMS will not release, or make available to the public, compensation information collected.

1.   Name of individual

     Title                      CHIEF FINANCIAL OFFICER

     Is the individual a (an):

          Owner

          Manager                         Yes

          Employee related to owner       No

          If related, indicate association to owner.

2.   Amount of compensation claimed:

     Salary                                  $136,601.00
     Fringe Benefits

     Pension
     Health Insurance                        $6,750.00
     Life Insurance
     Dental                                  $780.00
     Personal use of business assets
     Other (Specify)
     Total benefits                          $7,530.00
     Total Compensation (should be the same  $144,131.00
     amount reported on the cost report)
     Payroll Related Taxes                   $7,561.00
     Number of Hours Worked                  >2080

3.   Is the employee employed in any other organization?          No

                                   Page i        EXHIBIT  C  PAGE  65

Exhibit 6 CMS-339 Rev 4

Is this organization related to the provider? _____

If yes, complete the following:

Name of Organization _____
Percent of Ownership _____
Title _____
Average # of hours worked per week _____

Annual Compensation received:
Salary _____
Benefits _____
Total $0.00

(If associated with multiple organizations, complete the attached supplemental schedule.)

4. Furnish the following information describing the employee's functional responsibilities (fiscal, patient care, public relations, etc.) for the provider.

   **A.** Is the employee responsible for the fiscal affairs of the provider?     Yes

       If so, Average hours per week    60
       Responsibility level    3. Equally shares duties
       Description of Duties:    FINANCIAL DUTIES

   **B.** Is the employee responsible for Patient Care?     No

       If so, Average hours per week   _____
       Responsibility level   _____
       Description of Duties:   _____

   **C.** Is the employee responsible for Public Relations at the provider?     No

       If so, Average hours per week   _____
       Responsibility level   _____
       Description of Duties:   _____

   **D.** Other (Describe duties and number of hours):

5. Educational Background

Page 2     EXHIBIT ___ PAGE 66

Exhibit 6 CMS-339 Rev 4

**A.** Does the employee have an Undergraduate Degree?          Yes

    If so,

        College attended          UNIVERSITY OF NORTH TEXAS

        Graduation date          1990

        Degree attained          BA & BS

**B.** Does the employee have a Graduate Degree?          No

    If so,

        Graduate School          _____

        Graduation date          _____

        Degree attained          _____

**C.** Does the employee have any other formal educational training?          Yes

    Other (Describe)          CPA

**6.** Does the employee have Administrative/Supervisory experience?   Yes

    If so,

    List experience in an Administrative or Supervisory capacity.

| Type of Experiance | Number of Years |
|---|---|
| DIRECTOR OF FINANCE | 4 |
| CONTROLLER | 4 |
| AUDIT MANAGER | 3 |
| CFO | 4 |

**7.** Submit the following items with this exhibit:

    **A)** Copy of Job Description

    **B)** Copy of W-2 Form

**Certification**

This is to certify that I acknowledge the information contained herein and appended, which will be used to determine a reasonable allowance for compensation, is correct to the best of my knowledge and belief. Further, I understand (1) such disclosure will be used in arriving at monies due to or from this provider of covered services to Medicare beneficiaries, and (2) that anyone who misrepresents or falsifies this essential information may upon conviction be subject to fine and/or imprisonment under Federal Law.

4-20-06

Signature of Individual          Date

Page 3          EXHIBIT C PAGE 67

# 2005 W-2 and EARNINGS SUMMARY

**Safe, accurate,** e-file ~ Visit the IRS website
**FAST! Use** at www.irs.gov.

**Employee Reference**
**Copy**
**W-2** Wage and Tax **2005**
Statement
OMB No. 1545-0008

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

a Control number
100005 49/H&Y          X       001010       A       24

c Employer's name, address, and ZIP code
SOJOURN  CARE,  INC
7975  N HAYDEN  #A-208
SCOTTSDALE   AZ  85258

Batch  #01053

**1. The following information reflects your final 2005 pay stub plus any adjustments submitted by your employer.**

| | | | | | | |
|---|---|---|---|---|---|---|
| Gross Pay | 136601.47 | Social Security Tax Withheld Box 4 of W-2 | 5580.00 | AZ. State Income Tax Box 17 of W-2 | 3833.18 | |
| | | | | SUI/SDI Box 14 of W-2 | | |
| Fed. Income Tax Withheld Box 2 of W-2 | 20173.92 | Medicare Tax Withheld Box 6 of W-2 | 1859.78 | | | |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | AZ. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 136,601.47 | 136,601.47 | 136,601.47 | 136,601.47 |
| Plus GTL (C-Box 12) | 39.52 | N/A | N/A | 39.52 |
| Less 401(k) (D-Box 12) | 6,830.00 | N/A | N/A | 6,830.00 |
| Less Medical FSA | 999.96 | 999.96 | 999.96 | 999.96 |
| Less Dependent FSA/DCB | 4,000.10 | 4,000.10 | 4,000.10 | 4,000.10 |
| Less Other 125 | 3,380.00 | 3,380.00 | 3,380.00 | 3,380.00 |
| Wages Over Limit | N/A | 38,260.93 | N/A | N/A |
| Reported W-2 Wages | 121,430.93 | 90,000.00 | 128,260.93 | 121,430.93 |

**3.** Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

Social Security Number:  
Taxable Marital Status:  
Exemptions/Allowances:  
FEDERAL:  2  
STATE:    Tax is 19 % of Federal  

© 2005 AUTOMATIC DATA PROCESSING, INC.



---

a Control number
*L* V-2 Wage and Tax Statement **2005**
OMB No. 1545-0008       Employer use only       X       24

c Employer's name, address and ZIP code

1 Wages, tips, other comp.      2 Federal income tax withheld
124430.93                        20173.92
3 Social security wages          4 Social security tax withheld
90000.00                         5580.00
5 Medicare wages and tips        6 Medicare tax withheld
128260.93                        1859.78
7 Social security tips           8 Allocated tips

9 Advance EIC payment            10 Dependent care benefits
                                 4000.10
11 Nonqualified plans            12a
                                 C  39.52
                                 12b
14 Other                         D  6830.00
                                 12c
                                 12d
                                 13 See inst.  Ret.  3rd party sick pay
                                 X

b Employer's FED ID number       e Employee's SSA number
01-0651003

e/f Employee's name, address and ZIP code

15 State Employer's state ID no.  16 State wages, tips, etc.
AZ    01-0651003                    124430.93
17 State income tax               18 Local wages, tips, etc.
3833.18
19 Local income tax              20 Locality name

**W-2** Wage and Tax Statement **2005**
Copy B to be filed with employee's Federal Income Tax Return

---

1 Wages, tips, other comp.      2 Federal income tax withheld
124430.93                        20173.92
3 Social security wages          4 Social security tax withheld
90000.00                         5580.00
5 Medicare wages and tips        6 Medicare tax withheld
128260.93                        1859.78
a Control number      Dept.   Corp.   Employee use only
100005 49/H&Y    001010      A      24
c Employer's name, address, and ZIP code
SOJOURN   CARE,  INC
7975  N HAYDEN  #A-208
SCOTTSDALE   AZ  85258

b Employer's FED ID number       e Employee's SSA number
01-0651003
7 Social security tips           8 Allocated tips
9 Advance EIC payment            10 Dependent care benefits
                                 4000.10
11 Nonqualified plans            12a
                                 C  39.52
                                 12b
14 Other                         D  6830.00
                                 12c
                                 12d
                                 13 See inst.  Ret.  3rd party sick pay
                                 X

e/f Employee's name, address and ZIP code

15 State Employer's state ID no.  16 State wages, tips, etc.
AZ    01-0651003                    124430.93
17 State income tax               18 Local wages, tips, etc.
3833.18
19 Local income tax              20 Locality name

**W-2** AZ.State Reference Copy Wage and Tax Statement **2005**
Copy 2 to be filed with employee's State Income Tax Return

---

1 Wages, tips, other comp.      2 Federal income tax withheld
124430.93                        20173.92
3 Social security wages          4 Social security tax withheld
90000.00                         5580.00
5 Medicare wages and tips        6 Medicare tax withheld
128260.93                        1859.78
a Control number      Dept.   Corp.   Employee use only
100005 49/H&Y    001010      A      24
c Employer's name, address, and ZIP code
SOJOURN   CARE,  INC
7975  N HAYDEN  #A-208
SCOTTSDALE   AZ  85258

b Employer's FED ID number       e Employee's SSA number
01-0651003
7 Social security tips           8 Allocated tips
9 Advance EIC payment            10 Dependent care benefits
                                 4000.10
11 Nonqualified plans            12a
                                 C  39.52
                                 12b
14 Other                         D  6830.00
                                 12c
                                 12d
                                 13 See inst.  Ret.  3rd party sick pay
                                 X

e/f Employee's name, address and ZIP code

15 State Employer's state ID no.  16 State wages, tips, etc.
AZ    01-0651003                    124430.93
17 State income tax               18 Local wages, tips, etc.
3833.18
19 Local income tax              20 Locality name

**W-2** AZ.State Filing Copy Wage and Tax Statement **2005**
Copy 2 to be filed with employee's State Income Tax Return

EXHIBIT  C  PAGE  68



## 2005 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2005 pay stub plus any adjustments submitted by your employer.**

| | | | | | AZ. State Income Tax | 9274.67 |
|---|---|---|---|---|---|---|
| Gross Pay | 258374.32 | Social Security Tax Withheld Box 4 of W-2 | 5580.00 | | Box 17 of W-2 | |
| | | | | | SUI/SDI Box 14 of W-2 | |
| Fed. Income Tax Withheld Box 2 of W-2 | 48922.73 | Medicare Tax Withheld Box 6 of W-2 | 3668.08 | | | |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | AZ. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 258,274.32 | 258,274.32 | 258,274.32 | 258,274.32 |
| Plus GTL (C-Box 12) | 100.70 | 100.70 | 100.70 | 100.70 |
| Less 401(k) (D-Box 12) | 5,000.06 | N/A | 5,000.06 | 5,000.06 |
| Less Medical FSA | 2,499.90 | 2,499.90 | 2,499.90 | 2,499.90 |
| Less Other Cafe 125 | 2,904.00 | 2,904.00 | 2,904.00 | 2,904.00 |
| Wages Over Limit | N/A | 162,971.12 | N/A | N/A |
| Reported W-2 Wages | 247,971.06 | 90,000.00 | 252,971.12 | 247,971.06 |

**3. Employee W-4 Profile.** To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.



Social Security Number:
Taxable Marital Status:
Exemptions/Allowances:
FEDERAL: 10
STATE: 10    Tax is 19 % of Federal

© 2005 AUTOMATIC DATA PROCESSING, INC.

---

**Top left W-2 copy:**

Safe, accurate, FAST! Use **e~file**
Visit the IRS Website at www.irs.gov.

W-2 Wage and Tax Statement  **2005**
Employee Reference Copy
OMB No. 1545-0008

a Control number 001010  Dept. A  Corp. 9
100002 49/H&Y

c Employer's name, address, and ZIP code
SOJOURN  CARE,  INC
7975  N  HAYDEN  #A-208
SCOTTSDALE  AZ  85258

Batch #01053

e/f Employee's name, address, and ZIP code

b Employer's FED ID number   01-0651003
1 Wages, tips, other comp.    247971.06
2 Federal income tax withheld    48922.73
3 Social security wages    90000.00
4 Social security tax withheld    5580.00
5 Medicare wages and tips    252971.12
6 Medicare tax withheld    3668.08
7 Social security tips    8 Allocated tips
9 Advance EIC payment   10 Dependent care benefits
11 Nonqualified plans    12a See instructions for box 12   C  100.70
   12b  D  5000.06
13    12c
14 Other    12d  X
15 State   Employer's state ID no.    AZ  01-0651003
16 State wages, tips, etc.    247971.06
17 State income tax    9274.67
18 Local wages, tips, etc.
19 Local income tax    20 Locality name

**Bottom left W-2 (Federal Filing Copy):**

1 Wages, tips, other comp.    247971.06
2 Federal income tax withheld    48922.73
3 Social security wages    90000.00
4 Social security tax withheld    5580.00
5 Medicare wages and tips    252971.12
6 Medicare tax withheld    3668.08
a Control number 001010  Dept. A  Corp. 9
100002 49/H&Y
c Employer's name, address, and ZIP code
SOJOURN  CARE,  INC
7975  N  HAYDEN  #A-208
SCOTTSDALE  AZ  85258
b Employer's FED ID number   01-0651003
7 Social security tips    8 Allocated tips
9 Advance EIC payment   10 Dependent care benefits
11 Nonqualified plans    12a See instructions for box 12   C  100.70
   12b  D  5000.06
13    12c
14 Other    12d  X
e/f Employee's name, address and ZIP code
15 State   Employer's state ID no.    AZ  01-0651003
16 State wages, tips, etc.    247971.06
17 State income tax    9274.67
18 Local wages, tips, etc.
19 Local income tax    20 Locality name

W-2 Wage and Tax Statement  **2005**
Federal Filing Copy
Copy B to be filed with employee's Federal Income Tax.

**Bottom middle W-2 (AZ State Reference Copy):**

1 Wages, tips, other comp.    247971.06
2 Federal income tax withheld    48922.73
3 Social security wages    90000.00
4 Social security tax withheld    5580.00
5 Medicare wages and tips    252971.12
6 Medicare tax withheld    3668.08
a Control number 001010  Dept. A  Corp. 9
100002 49/H&Y
c Employer's name, address, and ZIP code
SOJOURN  CARE,  INC
7975  N  HAYDEN  #A-208
SCOTTSDALE  AZ  85258
b Employer's FED ID number   01-0651003
7 Social security tips    8 Allocated tips
9 Advance EIC payment   10 Dependent care benefits
11 Nonqualified plans    12a   C  100.70
   12b  D  5000.06
13    12c
14 Other    12d  X
e/f Employee's name, address and ZIP code
15 State   Employer's state ID no.    AZ  01-0651003
16 State wages, tips, etc.    247971.06
17 State income tax    9274.67
18 Local wages, tips, etc.
19 Local income tax    20 Locality name

W-2 Wage and Tax Statement  **2005**
AZ State Reference Copy
Copy 2 to be filed with employee's State Income Tax.

**Bottom right W-2 (AZ State Filing Copy):**

1 Wages, tips, other comp.    247971.06
2 Federal income tax withheld    48922.73
3 Social security wages    90000.00
4 Social security tax withheld    5580.00
5 Medicare wages and tips    252971.12
6 Medicare tax withheld    3668.08
a Control number 001010  Dept. A  Corp. 9
100002 49/H&Y
c Employer's name, address, and ZIP code
SOJOURN  CARE,  INC
7975  N  HAYDEN  #A-208
SCOTTSDALE  AZ  85258
b Employer's FED ID number   01-0651003
7 Social security tips    8 Allocated tips
9 Advance EIC payment   10 Dependent care benefits
11 Nonqualified plans    12a   C  100.70
   12b  D  5000.06
13    12c
14 Other    12d  X
e/f Employee's name, address and ZIP code
15 State   Employer's state ID no.    AZ  01-0651003
16 State wages, tips, etc.    247971.06
17 State income tax    9274.67
18 Local wages, tips, etc.
19 Local income tax    20 Locality name

W-2 Wage and Tax Statement  **2005**
AZ State Filing Copy

EXHIBIT C  PAGE 67

## 2005 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail.
The reverse side includes general information that you may also find helpful.

**1.** The following information reflects your final 2005 pay stub plus any adjustments submitted by your employer.

| | | | |
|---|---|---|---|
| Gross Pay | 254,409.95 | Social Security Tax Withheld Box 4 of W-2 | 5580.00 | AZ. State Income Tax Box 17 of W-2 | 12880.60 |
| | | | SUI/SDI Box 14 of W-2 | |
| Fed. Income Tax Withheld Box 2 of W-2 | 34901.73 | Medicare Tax Withheld Box 6 of W-2 | 3632.21 | | |

**2.** Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | AZ. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 254,409.95 | 254,409.95 | 254,409.95 | 254,409.95 |
| Plus GTL (C-Box 12) | 100.70 | 100.70 | 100.70 | 100.70 |
| Less 401(k) (D-Box 12) | 5,000.06 | N/A | N/A | 5,000.06 |
| Less Medical FSA | 399.88 | 399.88 | 399.88 | 399.88 |
| Less Other Cafe 125 | 3,613.48 | 3,613.48 | 3,613.48 | 3,613.48 |
| Wages Over Limit | N/A | 160,497.29 | N/A | N/A |
| Reported W-2 Wages | 245,497.23 | 90,000.00 | 250,497.29 | 245,497.23 |

**3.** Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

Social Security Number:
Taxable Marital Status:

Exemptions/Allowances:

FEDERAL: 24
STATE: Tax is 27 % of Federal

© 2005 AUTOMATIC DATA PROCESSING, INC.



Safe, accurate, FAST! Use e-file. Visit the IRS website at www.irs.gov.

Employee Reference Copy

**W-2** 2005
Wage and Tax Statement

a Control number    Dept.    Corp.
100001 49H4Y    001010    A    65

b Employer's name, address, and ZIP code
SOJOURN CARE, INC
7975 N HAYDEN #A-208
SCOTTSDALE AZ 85258

Batch #01053

c Employee's name, address, and ZIP code

85253

b Employer's FED ID number    1 Wages, tips, other comp.
01-0651003    245497.23
    2 Federal income tax withheld
    34901.73
3 Social security wages    4 Social security tax withheld
90000.00    5580.00
5 Medicare wages and tips    6 Medicare tax withheld
250497.29    3632.21
7 Social security tips    8 Allocated tips
9 Advance EIC payment    10 Dependent care benefits
11 Nonqualified plans    12a See instructions for box 12
    C    100.70
    D    5000.06
14 Other
15 State Employer's state ID no.    16 State wages, tips, etc.
AZ 01-0651003    245497.23
17 State income tax    18 Local wages, tips, etc.
12880.60
    19 Local income tax    20 Locality name

b Employer's FED ID number    1 Wages, tips, other comp.
01-0651003    245497.23
    2 Federal income tax withheld
    34901.73
3 Social security wages    4 Social security tax withheld
90000.00    5580.00
5 Medicare wages and tips    6 Medicare tax withheld
250497.29    3632.21
a Control number    Dept.    Corp.
100001 49H4Y    001010    A    65
b Employer's name, address, and ZIP code
SOJOURN CARE, INC
7975 N HAYDEN #A-208
SCOTTSDALE AZ 85258

b Employer's FED ID number    7 Social security tips
01-0651003
6 Social security wages    8 Allocated tips
9 Advance EIC payment    10 Dependent care benefits
11 Nonqualified plans    12a See instructions for box 12
    C    100.70
14 Other    D    5000.06
c Employee's name, address, and ZIP code

15 State Employer's state ID no.    16 State wages, tips, etc.
AZ 01-0651003    245497.23
17 State income tax    18 Local wages, tips, etc.
12880.60
    20 Locality name

**W-2** 2005
Federal Filing Copy
Wage and Tax Statement
Copy B to be filed with employee's Federal Income Tax Return.

1 Wages, tips, other comp.    2 Federal income tax withheld
245497.23    34901.73
3 Social security wages    4 Social security tax withheld
90000.00    5580.00
5 Medicare wages and tips    6 Medicare tax withheld
250497.29    3632.21
a Control number    Dept.    Corp.
100001 49H4Y    001010    A    65
b Employer's name, address, and ZIP code
SOJOURN CARE, INC
7975 N HAYDEN #A-208
SCOTTSDALE AZ 85258

b Employer's FED ID number    7 Social security tips
01-0651003
6 Social security wages    8 Allocated tips
9 Advance EIC payment    10 Dependent care benefits
11 Nonqualified plans    12a
    C    100.70
14 Other    D    5000.06
c Employee's name, address, and ZIP code

15 State Employer's state ID no.    16 State wages, tips, etc.
AZ 01-0651003    245497.23
17 State income tax    18 Local wages, tips, etc.
12880.60
    20 Locality name

**W-2** 2005
AZ-State Reference Copy
Wage and Tax Statement
Copy 2 to be filed with employee's State Income Tax Return.

1 Wages, tips, other comp.    2 Federal income tax withheld
245497.23    34901.73
3 Social security wages    4 Social security tax withheld
90000.00    5580.00
5 Medicare wages and tips    6 Medicare tax withheld
250497.29    3632.21
a Control number    Dept.    Corp.
100001 49H4Y    001010    A    65
b Employer's name, address, and ZIP code
SOJOURN CARE, INC
7975 N HAYDEN #A-208
SCOTTSDALE AZ 85258

b Employer's FED ID number    7 Social security tips
01-0651003
6 Social security wages    8 Allocated tips
9 Advance EIC payment    10 Dependent care benefits
11 Nonqualified plans    12a
    C    100.70
14 Other    D    5000.06
c Employee's name, address, and ZIP code

15 State Employer's state ID no.    16 State wages, tips, etc.
AZ 01-0651003    245497.23
17 State income tax    18 Local wages, tips, etc.
12880.60
    20 Locality name

**W-2** 2005
AZ-State Filing Copy
Wage and Tax Statement
Copy 2 to be filed with employee's State Income Tax Return.

EXHIBIT ___ PAGE ___

<u>Attachment for Section C, Question 3</u>

Sojourn Care (Leasee) and Valley Ridge Partners, L.P (Formerly KWIRP-Tulsa Associates, L.P. (Lessor)
Amendment #1 May 2, 2005 to leased date April 29, 2004
Beginning Date:        8/1/2005
Ending Date:           10/31/2011
Amended for addition of additional office space.
Annual charge of Lessor = $142,223

Sojourn Care (Leasee) and Drumright Industrial Authority (Lessor)
Beginning Date:        7/1/2005
Ending Date:           6/30/2010
Satalite office space
Annual Charge of Lessor = $6,000

EXHIBIT ___C___ PAGE __71__

## Sojourn Care
### 2006

| Date | Proposal | Invoice | Amount |
|------|----------|---------|--------|
| 1/18/2005 | 11221C | 11183 | 3,057.26 |
| 9/30/2005 | 15187 | 13308 | 203,486.42 |
| 10/27/2005 | 15358 | 13488 | 3,715.78 |
| 11/30/2005 | 15187A | 13884 | 3,685.93 |
| 12/30/2005 | 15187B | 14116 | 1,749.59. |
| 8/19/2005 | Deposit | | (68,795.00) |
| 4/11/2006 | Payment | | (70,000.00) |
| | Outstanding Balance | | 76,899.98 |
| | Amount to be financed (See Payment Schedule) | | $76,899.98 |

EXHIBIT ___C___ PAGE __72__

2005 COST Report Supporting Documents

EXHIBIT __C__ PAGE __73__

Sojourn Care, Inc.
Calculation of Direct Patient Care Hours

Average Miles per Hour ⬚ 45

**Quarter 1**

| | 80% HOURS | TRAVEL TIME | Direct Pcare Hours |
|---|---|---|---|
| Chaplain | 1,828 | 375 | 1,453 |
| HHA | 11,786 | 2,759 | 9,027 |
| Nurse | 10,456 | 2,102 | 8,354 |
| SocialWorker | 3,019 | 341 | 2,678 |
| Grand Total | 27,089 | 5,577 | 21,513 |
| Volunteer Hours | | | 2,515 |
| **% of patient care** | | | **11.7%** |

**Quarter 2**

| | 80% HOURS | TRAVEL TIME | Direct Pcare Hours |
|---|---|---|---|
| Chaplain | 2,611 | 489 | 2,122 |
| HHA | 13,293 | 3,451 | 9,842 |
| Nurse | 13,225 | 2,733 | 10,491 |
| SocialWorker | 2,962 | 390 | 2,572 |
| Grand Total | 32,091 | 7,063 | 25,028 |
| Volunteer Hours | | | 1,776 |
| **% of patient care** | | | **7.1%** |

**Quarter 3**

| | 80% HOURS | TRAVEL TIME | Direct Pcare Hours |
|---|---|---|---|
| Chaplain | 2,920 | 705 | 2,215 |
| HHA | 15,657 | 3,851 | 11,806 |
| Nurse | 15,504 | 3,120 | 12,384 |
| SocialWorker | 3,783 | 525 | 3,258 |
| Grand Total | 37,864 | 8,202 | 29,663 |
| Volunteer Hours | | | 1,317 |
| **% of patient care** | | | **4.4%** |

**Quarter 4**

| | 80% HOURS | TRAVEL TIME | Direct Pcare Hours |
|---|---|---|---|
| Chaplain | 3,282 | 981 | 2,301 |
| HHA | 19,238 | 4,272 | 14,967 |
| Nurse | 16,562 | 3,631 | 12,932 |
| SocialWorker | 4,479 | 680 | 3,799 |
| Grand Total | 43,562 | 9,564 | 33,998 |
| Volunteer Hours | | | 993 |
| **% of patient care** | | | **2.9%** |

**Total Year 2005**

| | 80% HOURS | TRAVEL TIME | Direct Pcare Hours |
|---|---|---|---|
| Chaplain | 10,642 | 2,551 | 8,091 |
| HHA | 59,974 | 14,333 | 45,642 |
| Nurse | 55,747 | 11,586 | 44,161 |
| SocialWorker | 14,244 | 1,936 | 12,308 |
| Grand Total | 140,607 | 30,405 | 110,202 |
| Volunteer Hours | | | 6,601 |
| **% of patient care** | | | **6.0%** |

**Volunteer Hours Reported**

| Month | Vol Hours |
|---|---|
| 1/31/2005 | 881 |
| 2/28/2005 | 863 |
| 3/31/2005 | 772 |
| | 2,515 |
| 4/30/2005 | 605 |
| 5/31/2005 | 721 |
| 6/30/2005 | 450 |
| | 1,776 |
| 7/31/2005 | 447 |
| 8/31/2005 | 480 |
| 9/30/2005 | 390 |
| | 1,317 |
| 10/31/2005 | 363 |
| 11/30/2005 | 289 |
| 12/31/2005 | 341 |
| | 993 |
| Total | 6,601 |

S:\FINANCE\CostReport\2005\SUPPORT\Volunteer Hours - total patient care hours.xlsVolunteer Hours - total patient care hours.xls

EXHIBIT C PAGE 74

FEB-27-2006 14:33 FROM:PALMETTO-GBA          727 771 7838          TO:14809051352          P.1





CENTERS for MEDICARE & MEDICAID SERVICES

MEDICARE

Part A Intermediary
Part B Carrier
DME Regional Carrier

# *Facsimile Cover Sheet*

**To:** Rene Berryman
**Provider Name:**
**Phone:**
**Fax:** 480-905-1352
**From:** Deanna Morris
**Company:** Palmetto GBA
**Phone:** (727) 773-9225 Extension 15612
**Fax:** (727 771-7838
**Date:** 02/27/2006
**Pages including cover:**

---

**Confidentiality Statement**

This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.

If the reader of this communication is not the intended recipient, or the employee or agent responsible for delivering the communication, you are hereby notified that any distribution or copy of this communication is strictly prohibited. If you received this communication in error, please notify us IMMEDIATELY by telephone and return the communication to us at the above address via the U.S. Postal Service.

---

**Comments:** PS&R provider #37-1607

Palmetto GBA
Provider Reimbursement
34850 US Highway 19 North, Suite 202  •  Palm Harbor, Florida  •  34684-2156  •  (727) 773-9225  •  Fax (727) 771-7838
*A CMS Contracted Intermediary and Carrier*

EXHIBIT C PAGE 75

FEB-27-2006 14:34 FROM:PALMETTO-GBA        727 771 7838        TO:14809051352        P.2

PROVIDER STATISTICAL AND REIMBURSEMENT SYSTEM

PAGE: 19009
PR__ M ID: MR430562 - V35.C                                    REPORT #: 0644203
PA _ATES: 01/01/93 THRU 02/16/06        PROVIDER SUMMARY REPORT    REPORT TYPE: 81A
PAL _TE: 02/16/06              HOSPICE - NON-HOSPITAL BASED (MSP-LCC)
PROVIDER FYE: 12/31
PROVIDER NUMBER: 371607        Sojourn Care of Tulsa

| REVENUE CODE | DESCRIPTION | SERVICES FOR PERIOD 01/01/04 - 12/31/04 UNITS | CHARGES | SERVICES FOR PERIOD 01/01/05 - 12/31/05 UNITS | CHARGES | SERVICES FOR PERIOD 01/01/06 - 12/31/06 UNITS | CHARGES | SERVICES FOR PERIOD 01/01/07 - 12/31/07 UNITS | CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| | DISCHARGES | 0 | | 0 | | 0 | | 0 | |
| | MEDICARE DAYS | 0 | | 0 | | 0 | | 0 | |
| | CLAIMS | 6 | | 2 | | 0 | | 0 | |
| | *** ANCILLARY CHARGES *** | | | | | | | | |
| 0651 | HOSPICE/RTN HOME | 8.00 | | 24 | $4,320.00 | | $.00 | | $.00 |
| | TOTAL CHARGES | 8.00 | | | $4,320.00 | | $.00 | | $.00 |
| | GROSS REIMBURSEMENT | 6.00 | | | $2,400.00 | | $.00 | | $.00 |
| | CASH DEDUCTIBLE | $.00 | | | $.00 | | $.00 | | $.00 |
| | BLOOD DEDUCTIBLE | $.00 | | | $.00 | | $.00 | | $.00 |
| | COINSURANCE | $.00 | | | $.00 | | $.00 | | $.00 |
| | NET PRIMARY PAYOR | $.00 | | | $2,087.28 | | $.00 | | $.00 |
| | PAYMENTS MADE UNDER MSP | | | | | | | | |
| | NET REIMBURSEMENT | $.00 | | | $312.72 | | $.00 | | $.00 |
| | INFORMATIONAL ONLY: | | | | | | | | |
| | IN__ EST PAYMENTS | $.00 | | | $.00 | | $.00 | | $.00 |
| | TO_ ADJUSTMENTS | $.00 | | | $.00 | | $.00 | | $.00 |

EXHIBIT C PAGE 76

FEB-27-2006 14:34 FROM:PALMETTO-GBA          727 771 7838          TO:14809051352          P.3

PROVIDER STATISTICAL AND REIMBURSEMENT SYSTEM

PAGE: 19010

PROG ID: H5M3C0307 - V15.C
DATE: 01/01/93 THRU 02/16/06          PROVIDER SUMMARY REPORT          REPORT #: 0D4203
RUN DATE: 02/16/06                    HOSPICE - NON-HOSPITAL BASED          REPORT TYPE: 010
PROVIDER TYPE: 12/31
PROVIDER NUMBER: 371697          Sojourn Care of Tulsa

| REVENUE CODE | DESCRIPTION | SERVICES FOR PERIOD 01/01/04 - 12/31/04 UNITS | CHARGES | SERVICES FOR PERIOD 01/01/05 - 12/31/05 UNITS | CHARGES | SERVICES FOR PERIOD 01/01/06 - 12/31/06 UNITS | CHARGES | SERVICES FOR PERIOD 01/01/07 - 12/31/07 UNITS | CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| | DISCHARGES | 0 | | 0 | | 0 | | 0 | |
| | MEDICARE DAYS | 27,501 | | 8,678 | | 697 | | 0 | |
| | CLAIMS | 4,677 | | | | | | 0 | |
| | *** ANCILLARY CHARGES *** | | | | | | | | $.00 |
| 0651 | HOSPICE/RTN HOME | 62,592 | $7,006,429.16 | 111,830 | $13,293,429.15 | 7,034 | $932,880.71 | | $.00 |
| 0652 | HOSPICE/CTNS HOME | 3,445 | $65,435.26 | 655 | $24,717.45 | | $.00 | | $.00 |
| 0655 | HOSPICE/IP RESPITE | 124 | $14,555.96 | 208 | $25,903.26 | 13 | $6,958.12 | | $.00 |
| 0656 | HOSPICE/IP NON RESP | 386 | $189,618.05 | 711 | $198,585.96 | | $.00 | | $.00 |
| 0657 | HOSPICE/PHYSICIAN S | 255 | $23,770.22 | 296 | $43,719.00 | | $939,838.83 | | $.00 |
| | TOTAL CHARGES | | $7,299,759.33 | | $13,586,071.02 | | | | |
| | GROSS REIMBURSEMENT | | $7,192,201.78 | | $13,565,327.83 | | $939,618.53 | | $.00 |
| | CASH DEDUCTIBLE | | $.00 | | $.00 | | $.00 | | $.00 |
| | BLOOD DEDUCTIBLE | | $.00 | | $.00 | | $.00 | | $.00 |
| | COINSURANCE | | $.00 | | $.00 | | $.00 | | |
| | NET PRIMARY PAYOR | | $977.60 | | $3,100.00 | | $.00 | | $.00 |
| | PAYMENTS MADE UNDER MSP | | | | | | | | $.00 |
| | NET REIMBURSEMENT | | $7,191,224.18 | | $13,562,227.83 | | $939,618.53 | | |
| | INFORMATIONAL ONLY: | | | | | | | | |
| | INTEREST PAYMENTS | | $.00 | | $97.16 | | $.00 | | $.00 |
| | TOTAL ADJUSTMENTS | | $.00 | | $.00 | | $.00 | | $.00 |

EXHIBIT ____ PAGE 77

FEB-27-2006 14:34 FROM:PALMETTO-GBA     727 771 7838     TO:14809051352     P.4

PROGRAM ID: MD430566 - VJ5.C                                                    PAGE: 13931
PAT DATES: 01/03/93 THRU 03/16/06              PROVIDER SUMMARY REPORT          REPORT #: 0045300
RE    IE: 02/14/06                       M&A/BENEFICIARY CENSUS/REV VISITS      REPORT TYPE: 81A
PR   JER FYE: 1231                     HOSPICE - NON-HOSPITAL BASED (HOSP-LCC)
PROVIDER: 371607     Sojourn Care of Tulsa

| COUNT TYPE | SERVICE PERIOD 01/01/04-12/31/04 | | SERVICE PERIOD 01/01/05-12/31/05 | | SERVICE PERIOD 01/01/06-12/31/06 | | SERVICE PERIOD 01/01/07-12/31/07 | |
|---|---|---|---|---|---|---|---|---|
| ALL CBSA BENEFICIARY COUNTS | 0.00 | | 1.00 | | 0.00 | | 0.00 | |
| REVENUE CNTR 0651 VISIT COUNTS | | 0 | | 24 | | 0 | | 0 |
| BCBA 8560 BENEFICIARY COUNTS | 0.00 | | 1.00 | | 0.00 | | 0.00 | |
| REVENUE CNTR 0651 VISIT COUNTS | | 0 | | 24 | | 0 | | 0 |

EXHIBIT C PAGE 78

FEB-27-2006 14:34 FROM:PALMETTO-GBA          727 771 7838          TO:14809051352          P.5

```
PROGRAM ID: MM430606 - V15.C                                                              PAGE: 13936
PRG    YRS: 01/01/93 THRU 02/16/06          PROVIDER SUMMARY REPORT                     REPORT #: 0049J00
RUN    4: 02/16/06                      MBR/BENEFICIARY CENSUS/REV VISITS               REPORT TYPE: 810
PROVIDER FTE: 1231                       HOSPICE - NON-HOSPITAL BASED
PROVIDER: 371007         Sojourn Care of Tulsa
                            SERVICE PERIOD      SERVICE PERIOD      SERVICE PERIOD      SERVICE PERIOD
COUNT TYPE                 01/01/04-12/31/04   01/01/05-12/31/05   01/01/06-12/31/06   01/01/07-12/31/07
```

| COUNT TYPE | SERVICE PERIOD 01/01/04-12/31/04 | SERVICE PERIOD 01/01/05-12/31/05 | SERVICE PERIOD 01/01/06-12/31/06 | SERVICE PERIOD 01/01/07-12/31/07 |
|---|---|---|---|---|
| ALL CBSA  BENEFICIARY COUNTS | 581.00 | 827.00 | 341.00 | 0.00 |
| REVENUE CNTR 0651 VISIT COUNTS | 62592 | 113930 | 7834 | 0 |
| REVENUE CNTR 0652 VISIT COUNTS | 2445 | 856 | 8 | 0 |
| BCSA   37  BENEFICIARY COUNTS | 35.80 | 57.34 | 0.00 | 0.00 |
| REVENUE CNTR 0651 VISIT COUNTS | 3406 | 7678 | 0 | 0 |
| REVENUE CNTR 0652 VISIT COUNTS | 225 | 68 | 0 | 0 |
| BCSA  0104  BENEFICIARY COUNTS | 0.00 | 7.50 | 0.00 | 0.00 |
| REVENUE CNTR 0651 VISIT COUNTS | 0 | 953 | 0 | 0 |
| BCSA  0341  BENEFICIARY COUNTS | 0.00 | 117.63 | 0.00 | 0.00 |
| REVENUE CNTR 0651 VISIT COUNTS | 0 | 18074 | 0 | 0 |
| BCSA  50104 BENEFICIARY COUNTS | 0.00 | 7.55 | 14.00 | 0.00 |
| REVENUE CNTR 0651 VISIT COUNTS | 0 | 633 | 309 | 0 |
| REVENUE CNTR 0652 VISIT COUNTS | 0 | 12 | 0 | 0 |
| BCSA  50106 BENEFICIARY COUNTS | 0.00 | 0.03 | 0.00 | 0.00 |
| REVENUE CNTR 0651 VISIT COUNTS | 0 | 3 | 0 | 0 |
| BCSA  50107 BENEFICIARY COUNTS | 0.00 | 19.37 | 22.00 | 0.00 |
| REVENUE CNTR 0651 VISIT COUNTS | 0 | 3123 | 561 | 0 |
| BCSA  50304 BENEFICIARY COUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| REVENUE CNTR 0651 VISIT COUNTS | 0 | 0 | 0 | 0 |
| BCSA  50341 BENEFICIARY COUNTS | 0.00 | 130.12 | 305.00 | 0.00 |
| REVENUE CNTR 0651 VISIT COUNTS | 0 | 11347 | 6964 | 0 |
| REVENUE CNTR 0652 VISIT COUNTS | 0 | 54 | 0 | 0 |
| BCSA  8560  BENEFICIARY COUNTS | 445.20 | 487.70 | 0.00 | 0.00 |
| REVENUE CNTR 0651 VISIT COUNTS | 50106 | 71019 | 0 | 0 |
| REVENUE CNTR 0652 VISIT COUNTS | 2220 | 721 | 0 | 0 |

EXHIBIT ___ PAGE 79

Sojourn Care

02-28-2006 10:34:1..   Page 1

## Revenue and Expense Analysis for the period from 01-01-2005 to 12-31-2005

Pay Source Medicare Benefit

**Mode: All Patients**

### Part 1: Revenue

| Service/Level of Care | Visits/Days | Tot Dir Hours | Gross | Net | Discount |
|---|---|---|---|---|---|
| **Benefit Mode** | | | | | |
| General Inpatient Care | 377 | .00 | 201,807.48 | 201,807.48 | .00 |
| Routine Home Care | 112,910 | .00 | 13,418,977.88 | 13,414,794.48 | 4,183.40 |
| Inpatient Respite Care | 209 | .00 | 28,095.15 | 28,095.15 | .00 |
| Continuous Home Care | 46 | 903.00 | 26,118.92 | 26,118.92 | .00 |
| Subtotal Benefit Mode | 113,542 | 903.00 | 13,672,999.43 | 13,668,816.03 | 4,183.40 |
| **Total Revenue** | 113,542 | 903.00 | 13,672,999.43 | 13,668,816.03 | 4,183.40 |

No. Patients: 859    Active Days: 113,553    Revenue per Active Day: 120.37

### Part 2: Direct Expenses

| Type of Service | Visits | Direct | Indirect | Travel | Total Time | Cost |
|---|---|---|---|---|---|---|
| **Staff Services** | | | | | | |
| Administrative - Hourly (staff) | 0 | 5.00 | .00 | .00 | 5.00 | .00 |
| Home Health Aide (staff) | 32 | 133.19 | .00 | .00 | 133.19 | .00 |
| Hospice RN (staff) | 30 | 79.25 | .00 | .00 | 79.25 | .00 |
| Licensed Practical Nurse (staff) | 33 | 147.44 | .00 | .00 | 147.44 | .00 |
| Nurse Supervisor (staff) | 2 | 4.00 | .00 | .00 | 4.00 | .00 |
| **Subtotal Staff Services** | 97 | 368.88 | .00 | .00 | 368.88 | .00 |
| **Contractor Services** | | | | | | |
| Contract Home Health Aide | 8 | 49.50 | .00 | .00 | 49.50 | .00 |
| Contract LPN | 64 | 486.09 | .00 | .00 | 486.09 | .00 |
| Contract RN | 4 | 41.00 | .00 | .00 | 41.00 | .00 |
| **Subtotal Contractor Services** | 76 | 576.59 | .00 | .00 | 576.59 | .00 |
| **Total Expenses** | 173 | 945.47 | .00 | .00 | 945.47 | .00 |

No. Patients: 39    Active Days: 78    Cost per Active Day: .00

EXHIBIT C   PAGE 80

Sojourn Care

02-28-2006 10:34:1    Page 2

## Revenue and Expense Analysis for the period from 01-01-2005 to 12-31-2005

Pay Source Medicare Benefit

### Pre-admission/Post-discharge Services

**Part 2: Direct Expenses**

| Type of Service | Visits | Direct | Indirect | Travel | Total Time | Cost |
|---|---|---|---|---|---|---|
| **Staff Services** | | | | | | |
| Administrative (staff) | 0 | 2.00 | .00 | .00 | 2.00 | .00 |
| Administrative - Hourly (staff) | 0 | 4.00 | .00 | .00 | 4.00 | .00 |
| **Subtotal Staff Services** | 0 | 6.00 | .00 | .00 | 6.00 | .00 |
| **Total Expenses** | 0 | 6.00 | .00 | .00 | 6.00 | .00 |

No. Patients:   12          Active Days:   12          Cost per Active Day:          .00

EXHIBIT ___C___  PAGE ___81___

Sojourn Care

02-28-2006 10:34:11    Page 3

## Revenue and Expense Analysis for the period from 01-01-2005 to 12-31-2005

Pay Source Medicare Benefit

### Summary for all Patients

**Part 1: Revenue**

| Service/Level of Care | Visits/Days | Tot Dir Hours | Gross | Net | Discount | Cost |
|---|---|---|---|---|---|---|
| **Benefit Mode** | | | | | | |
| General Inpatient Care | 377 | .00 | 201,807.48 | 201,807.48 | .00 | |
| Routine Home Care | 112,910 | .00 | 13,418,677.88 | 13,414,794.48 | 4,183.40 | |
| Inpatient Respite Care | 209 | .00 | 26,065.15 | 26,065.15 | .00 | |
| Continuous Home Care | 46 | 903.00 | 26,118.92 | 26,118.92 | .00 | |
| **Subtotal Benefit Mode** | 113,542 | 903.00 | 13,672,999.43 | 13,668,816.03 | 4,183.40 | |
| **Total Revenue** | 113,542 | 903.00 | 13,672,999.43 | 13,668,816.03 | 4,183.40 | |

**Part 2: Direct Expenses**

| Type of Service | Visits | Direct | Indirect | Travel | Total Time | Cost |
|---|---|---|---|---|---|---|
| **Staff Services** | | | | | | |
| Administrative (staff) | 0 | 2.00 | .00 | .00 | 2.00 | .00 |
| Administrative - Hourly (staff) | 0 | 9.00 | .00 | .00 | 9.00 | .00 |
| Home Health Aide (staff) | 32 | 133.19 | .00 | .00 | 133.19 | .00 |
| Hospice RN (staff) | 30 | 79.25 | .00 | .00 | 79.25 | .00 |
| Licensed Practical Nurse (staff) | 33 | 147.44 | .00 | .00 | 147.44 | .00 |
| Nurse Supervisor (staff) | 2 | 4.00 | .00 | .00 | 4.00 | .00 |
| **Subtotal Staff Services** | 97 | 374.88 | .00 | .00 | 374.88 | .00 |
| **Contractor Services** | | | | | | |
| Contract Home Health Aide | 8 | 49.50 | .00 | .00 | 49.50 | .00 |
| Contract LPN | 84 | 486.09 | .00 | .00 | 486.09 | .00 |
| Contract RN | 4 | 41.00 | .00 | .00 | 41.00 | .00 |
| **Subtotal Contractor Services** | 76 | 576.59 | .00 | .00 | 576.59 | .00 |
| **Total Expenses** | 173 | 951.47 | .00 | .00 | 951.47 | .00 |

EXHIBIT C PAGE 82

Sojourn Care

02-28-2006 10:34:14    Page 4

**Revenue and Expense Analysis for the period from 01-01-2005 to 12-31-2005**
**Report Specification Summary**

**Date range**
Begin Date                01-01-2005
End Date                  12-31-2005

**Mode**
All Patients              Y
Multiple Dataset          N
Consolidation

**Optional Selection Criteria**
Patient Class             None
Pay Source                Medicare Benefit
Team                      None
Branch                    None
Diagnosis Group           None
Acuity Level              None
Company                   None
Facility                  None

**Options**
Start Date for YTD Totals    None
Include Pending Pay          Y
Source

Note: When run for the same periods in any other mode the totals are based on date provided and will change when adding changes to prior periods. Totals on this report will not match Billing Register or the Accounts Receivable Report.

EXHIBIT _____C_____ PAGE _____83_____