IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SOJOURN CARE, INC., d/b/a SOJOURN CARE OF TULSA, a Delaware Corporation,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>MICHAEL O. LEAVITT, Secretary of United  )<br>States Department of Health and Human Services, )<br>)<br>Defendant.  ) | Case No. 07-CV-375-GKF-PJC |

## **ORDER**

For the reasons set forth on the record of this date, plaintiff's Motion for Summary Judgment [Docket No. 11] is granted, and defendant's Motion for Summary Judgment [Docket No. 19] is denied.

IT IS SO ORDERED this 13th day of February 2007.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma