# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

Sojourn Care, Inc.,

                          Plaintiff(s),

vs.

Michael O. Leavitt,

                          Defendant(s).

Case Number: 07-cv-375-GKF-PJC
Proceeding: Motion Hearing
Date: 2-13-2008
Court Time: 1:40 - 3:35 p.m.

### MINUTE SHEET

Gregory K. Frizzell, U.S. District Judge     H. Overton, Deputy Clerk     Glen Dorrough, Reporter

Counsel for Plaintiff:

Counsel for Defendant:

Minutes:

Pltf S/J #11 - Arguments made, Court grants

Deft Mot. S/J #19 - Arguments made, Court denies.

Pltf mot for Hrg.# 32 - moot

Pltf mot stay #29 - moot.

Parties to consult & advise re: further schedule.